**GORDON REES SCULLY MANSUKHANI, LLP**
Lori J. Quinn
One Battery Park Plaza, 28th Fl.
New York, New York 10004
Phone: 212.453.0758
Facsimile: 212.269.5505
*Attorneys for Defendant Collecto, Inc., d/b/a EOS CCA*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SEUNG EUN OH,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>v.<br><br>**COLLECTO, INC., d/b/a EOS CCA,**<br><br>**Defendant.** | **Case No. 20-cv-01937-KM-ESK** |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Collecto, Inc., d/b/a EOS CCA ("EOS") hereby moves this Honorable Court for summary judgment as to all claims raised by Plaintiff under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et al.*

### Basis of Motion

1.    Plaintiff asserts claims arising out of a collection letter that she cannot remember receiving and admits that she did not read, as she cannot read documents rendered in English. That letter, sent in response

to a dispute of Plaintiff's debt, provided an Affidavit of Forgery and requested that she return the affidavit to permit EOS to further investigate the dispute. The letter stated in part, "If we have not received your documentation by 05/24/19, your claim will be closed and you will be held responsible for payment of all charges billed to your account."

2.     Plaintiff alleges that the quoted sentence amounts to an improper threat of legal action where none was intended to be taken. Notably, however, the letter was not printed on a law firm's letterhead and included no mention of attorneys, lawsuits or legal action.

3.     Plaintiff alleges violations of 15 U.S.C. § 1692e (barring the use of any false, deceptive, or misleading representation or means in connection with the collection of a debt; § 1692e(2)(A) (barring the false representation of the character, amount, or legal status of a debt), § 1692e(5) (prohibiting threats to take any action that cannot legally be taken or that is not intended to be taken) and § 1692e(10) (barring the use of any false representation or deceptive means to collect or attempt to collect a debt).

4.     Plaintiff cannot withstand summary judgment, however, for several reasons: (A) Plaintiff has failed to establish an injury in fact, such that she lacks Article III standing; (B) even if Plaintiff did have standing, Plaintiff cannot establish that she was deceived or affected in any manner by a letter she did not read; and (C) even if Plaintiff did have standing and

2

had read the letter, the letter is not false, deceptive or misleading as a matter of law.

5.     This motion is based on the attached memorandum of law in support, the exhibits thereto, the Local Rule 56.1 Statement of Undisputed Facts, excerpts from depositions taken in this action, all pleadings and papers on file in this matter and any reply brief that may be submitted in further support.

Dated:   New York, New York
         June 1, 2021                         Respectfully Submitted,

                                              **GORDON REES SCULLY MANSUKHANI, LLP**


                                              Lori J. Quinn
                                              One Battery Park Plaza, 28th Fl.
                                              New York, New York 10004
                                              Phone: 212.453.0758
                                              Facsimile: 212.269.5500
                                              ljquinn@grsm.com
                                              *Attorneys for Defendant*
                                              *Collecto, Inc. d/b/a EOS CCA*

1207715/58729528v.1                    3