**GORDON REES SCULLY MANSUKHANI, LLP**
Lori J. Quinn
One Battery Park Plaza, 28th Fl.
New York, New York 10004
Phone: 212.453.0758
Facsimile: 212.269.5505
*Attorneys for Defendant Collecto, Inc., d/b/a EOS CCA*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **SEUNG EUN OH,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>v.<br><br>**COLLECTO, INC., d/b/a EOS CCA,**<br><br>**Defendant.** | **Case No. 20-cv-01937-KM-ESK** |

## ATTORNEY DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Lori J. Quinn, declare:

1.      I am a Partner with the law firm of Gordon Rees Scully Mansukhani, LLP, counsel for defendant Collecto, Inc. d/b/a EOS CCA ("EOS") in this action.

2.      I have personal knowledge of the matters stated in this declaration, and could competently testify to them if called as a witness.

3.      Attached hereto is a true and correct copy of the Declaration

of Facts and Sale of Account by Verizon Wireless to US Asset Management, executed by Meryl Friedman, a Verizon Wireless Supervisor Litigation Support ("Verizon Declaration") together with its Exhibit A-E.

4.    Attached hereto is a true and correct copy of the Declaration of Ben Ribeiro in Support of EOS' Motion for Summary Judgment, along with its Exhibits F-H. Mr. Ribeiro is the Vice President of Operations of EOS.

5.    Attached hereto is a true and correct copy of selected portions of the transcript of the deposition of Ben Ribeiro in this action.

6.    Attached hereto is a true and correct copy of selected portions of the transcript of the deposition of Plaintiff taken in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      June 1, 2021

_____
Lori J. Quinn
Attorney at Law