# Exhibit A

**verizon**✓

## TERM AGREEMENT

This Term Agreement is dated as of September 25, 2017], by and between **Verizon Telecom** (individually and collectively hereinafter referred to as "**Seller**"), and (ii) (ii) U.S. Asset Management, Inc., a Massachusetts corporation, with principal business offices at 700 Longwater Drive, Norwell, Massachusetts 0206 (hereinafter referred to as "**Purchaser**"). This Term Agreement comprises of the terms set forth below and each of the attachments hereto: Attachment 1 (Electronic Data Delivery File Created), Attachment 2 (Account Purchase Summary), and Attachment 3 (Bill of Sale and Assignment of Accounts).

For value received and in further consideration of the mutual covenants and conditions set forth in the 2017 Forward Flow Charged-Off Account Sale Agreement (the "**Agreement**"), dated as of [January 1], 201[7], by and between Seller and Purchaser, Seller hereby transfers, sells, conveys, grants, and delivers to Purchaser, its successors and permitted assigns, without recourse except as set forth in the Agreement, the Purchased Accounts as set forth in the Electronic Data Delivery File (as defined in the Agreement).

With respect to these Purchased Accounts, the terms below will have the following meanings:

Purchased Accounts: As defined in the Agreement and more specifically described on the Electronic Data Delivery File, which Verizon transmitted to Purchaser's systems or server on or before the Purchase Date, and which is incorporated herein by reference.

Purchase Date:                     09/25/2017

File Creation Date:                 09/16/2017

Face Value:                         ███████████

Purchase Price:                     ███████████

Any terms used herein and not otherwise defined will have the meanings set forth in the Agreement.

**VERIZON TELECOM**

By: _____

Title: _____Director_____

Date: _____9/19/17_____

**U.S. ASSET MANAGEMENT, INC.**

By: _____

Title: _____CEO_____

Date: _____9/20/17_____

MA-002936-2016

Verizon Confidential & Proprietary

**verizon**✓

**Attachment 2**
To Term Agreement Dated September, 25, 2017
Account Purchase Summary

| Region | Total Unpaid Balance | Total Number of Accounts | Purchase Price % | Purchase Price $ |
|---|---|---|---|---|
| New England | ██████ | ██████ | ████ | ██████ |
| New York | ██████ | | ████ | ██████ |
| South | █████ | | ████ | ██████ |
| V5 | ██████ | | ████ | ██████ |
| **Totals** | ██████ | | ████ | ██████ |

Verizon Confidential & Proprietary

**verizon**✓

## Attachment 3
### to the Term Agreement

### Bill of Sale and Assignment of Accounts

Purchase Date: 09/25/2017

The undersigned Assignor ("**Assignor**") hereby absolutely sells, transfers, assigns, sets-over and conveys to U.S. Asset Management, Inc. ("**Assignee**"), organized under the laws of the state of Delaware, all of Assignor's right, title and interest in and to each of the Accounts identified in the Electronic Data Delivery File which form part of the Term Agreement (the "**Purchased Accounts**"), together with the right to collect all principal, late fees or other proceeds of any kind with respect to the Purchased Accounts remaining due and owing as of the Purchase Date.

With respect to Account information for the Purchased Accounts listed in the Electronic Data Delivery File which form part of the Term Agreement as Attachment 1, Assignor represents and warrants to Assignee (1) that the information contained in each Electronic Data Delivery File provided by Assignor reflects the actual Account data in the business records of Assignor and that the stated amount due from the Customer is the amount due and payable on such Account by the identified Customer as of the Purchase Date based on the business records of Seller, (2) that the Purchased Account information was kept in the regular course of Assignor's business; (3) the Purchased Account information was made at or near the time by or from information transmitted by, a person with knowledge of the data entered into and maintained in the Assignor's database; and (4) it is the regular practice of Assignor's business to maintain and compile such data.

ASSIGNOR:

**VERIZON TELECOM**

By: _____Erin K Stead_____

Printed Name: ____Erin K. Stead_____

Title: _____Director_____

Date: _____9/19/17_____