# Exhibit B

SEUNGEUN OH
Account Number: 0001-89

Bill Date:   November 13, 2015

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

## Account Summary

### Previous Period

| | |
|---|---|
| Previous Balance | 923.61 |
| No Payment Received | .00 |
| **Overdue - Please Pay Now** | **$923.61** |

### Current Charges

| | |
|---|---|
| Your One-Time Activities | 480.00 |
| Fees & Other Charges | 53.58 |
| **Current Charges** | **$533.58** |

**Total Due - Please Pay Now    $1,457.19**

*Your account has been disconnected. Any other charges or credits will appear on your next bill. Overdue balances are subject to collection action. Pay your overdue charges today at verizon.com/paybill.*

### ⬅➡ What changed?

- You have been charged $480 for unreturned equipment and will be credited that amount once you return the equipment. Details are in IMPORTANT messages at the end of the bill.

## $ More ways to pay

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

---

*Send this stub with your payment*

Account Number: 0001-89

**Total Due: $1,457.19**          111315

Make check payable to Verizon

$ _____

1835 01 AT  0.413  KN111311 0010 XX
SEUNGEUN OH
60 HENRY AVE APT A
PALISADES PK NJ 07650-2458

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V 5          000189  00000092361  000001457191

SEUNGEUN OH
Account Number:        ████████-0001-89

Bill Date:    November 13, 2015

---

**Frequently Asked Questions**

**How do I pay my final bill?**
- You can pay at verizon.com/paybill
- My Fios App
- Pay by phone at 1.800.837.4966
- Verizon.com/paymentlocations to pay in person
- Mail (use payment stub)

**How long do I have to return my equipment?**

If equipment needs to be returned, it must be returned within 30 days of disconnect to avoid unreturned equipment fees. If you are late returning the equipment and are charged a fee, the fee will be reversed once your equipment has been received by Verizon.

KN111311 001835 0002                          RM                          Page **2 of 4**



SEUNGEUN OH
Account Number:      0001-89

Bill Date:   November 13, 2015

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Overdue Balance
Please Pay Now                  $923.61

## Details of Current Charges

| Your One-Time Activities | | |
|---|---|---|
| Media Client - Unreturned 2 @ 240.00 | 480.00 | 11/6 |
| Subtotal | $480.00 | |

Charges that vary monthly based on your account activity.

| Fees & Other Charges | |
|---|---|
| **Taxes, Governmental Fees & Surcharges** | |
| NJ State Sales Tax | 33.60 |
| **Verizon Surcharges & Fees** | |
| Video Franchise Fee | 17.49 |
| CATV Universal Access Fund | 2.49 |
| Subtotal | $53.58 |

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

Current Charges            $533.58

## Total Due            $1,457.19

SEUNGEUN OH
Account Number: 0001-89

Bill Date:   November 13, 2015

## ⓘ Important

**New Lower Rates for International Calling**
Effective October 4, 2015, Verizon will lower its rates for international calling to several countries. You can see how much you can save by visiting us online at www.verizon.com.

**You Are Responsible for Returning Verizon Fios Equipment**
You have been charged for the equipment you have not returned.
Receive a credit by immediately returning the following undamaged items:
- Media Client $240.00
  Serial # M11447TJ3606
- Media Client $240.00
  Serial # M11450TJ3175

Returning equipment is free and easy! To learn how:
- Visit verizon.com/returnFiosequipment
- Call one of our Equipment Return Specialists at 1-866-486-9758

## Customer Notices

**Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers**
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

**Service Providers**
Verizon NJ provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

**Credit Reporting**
If you fail to pay your bill, Verizon may submit a negative credit report to a credit reporting agency, which will negatively affect your credit report.

**Local Franchise Authority - Fios TV**
Board of Public Utilities, Office of Cable Television, 44 South Clinton Avenue, 9th Floor, Trenton, NJ 08625, 800 624-0331, Your FCC Community ID is: NJ0889

## Special Services

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 5166, Tampa, FL 33675 Attn: Carinne Turney, Manager.

**Bankruptcy Information**
If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.