# Exhibit C

**SEUNGEUN OH**
Primary Phone: 201-585-5079
Account Number: ▮▮▮▮▮-0001-89

Bill Date:    May 13, 2015

## Account Summary

| Previous Period | | |
|---|---|---|
| Previous Balance | 350.33 | |
| Payment Received - Thank You | -300.00 | 4/29 |
| Adjustments and Credits | -6.00 | |
| Overdue - Please Pay Now | $44.33 | |

| Current Charges | | |
|---|---|---|
| FiOS TV, Internet & Phone Bundle | 99.00 | 5/14 - 6/13 |
| Additional Services & Equipment | 36.96 | 5/14 - 6/13 |
| Your One-Time Activities | 24.41 | |
| Fees & Other Charges | 22.16 | |
| Current Charges Due by June 7 | $182.53 | |

## Total Due        $226.86

*To avoid a late payment charge of $5 or 1.5% of your total due, whichever is greater, full payment must be received before Jun 15, 2015.*



## Get answers fast

- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

## What changed?

- A Late Payment Charge of $5 was added.

## ⭐ Offers & benefits

### Moving?

Call Verizon before you move to set up your Internet, TV and phone for your new home. Plus, ask about our great new money-saving bundles. Don't wait. Call 1-866-896-6837 before you move, and be sure to ask if FiOS is available in your area! Service availability varies.

### Your Internet Speed

Call 1-888-367-7503 and ask about the Internet speeds available in your area. We have multiple Internet speed options to choose from. We can make sure your speed meets your growing needs.

##  More ways to pay

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

---

*Send this stub with your payment*

Account Number: ▮▮▮▮▮▮0001-89

Total Due: $226.86        051315

Make check payable to Verizon

$ _____ . _____

00001285 01 AT  0.403  KN051311 0006 XX
SEUNGEUN OH
60 HENRY AVE APT A
PALISADES PK NJ 07650- 2458

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V 5  ▮▮▮▮▮▮▮000189  0000000�though4433  00000226860

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    [     ]0001-89

Bill Date:    May 13, 2015

**My Verizon Options**

Pay bills, upgrade or renew services, get account support & check voice mail at verizon.com/myverizon.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Extreme HD TV | 74.99 | -25.99 | 49.00 |
| Showtime | .00 | | .00 |
| HBO | .00 | | .00 |
| FiOS Internet 75/75 | 60.00 | -40.00 | 20.00 |
| FiOS Digital Voice Unlimited | 30.00 | | 30.00 |
| **Bundle Price** | $164.99 | -$65.99 | $99.00 |

TV discount expires 3/10/17. Internet discount expires 3/10/17.

**Discounts This Month**          -$65.99

*Discounts have been applied to the Total Due shown on page 1.*

# Verizon Fast Facts

## Spam Detector

Spam Detector is a free tool that drastically reduces the amount of spam you get by identifying, filtering and then deleting spam before it hits your inbox. Visit verizon.com/myverizon and search "Spam Detector" for details.



---

 **Frequently Asked Questions**

**What is the balance that I currently owe?**

You can review your most current balance information online at verizon.com/billview or you can follow the prompts at 1.800.VERIZON.

**How do I sign up for paper free billing?**

You can enroll in paper free billing at verizon.com/paperfree.

**How do I set up Caller ID on my FiOS TV?**

- Press the "Menu" button on your set-top box remote
- Select "Settings" and press "OK"
- Arrow over to "Notifications" and press "OK"
- Arrow over to "Caller ID"
- Select "Check Availability" and press "OK"
- It can take up to 24 hours to activate
- You can also visit verizon.com/fiosvoice/userguide

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

Bill Date:    May 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Details of Previous Period

| Previous Balance | $350.33 | |
|---|---|---|

**Payments**    Payment activity since last bill date.

| Payment | -300.00 | 4/29 |
|---|---|---|

**Adjustments and Credits**    One time adjustments to previous month's charges. Adjustments can be charges or credits.

*TV*

| Equipment Rental PriceUp Credit | -6.00 | 5/11 |
|---|---|---|

| Overdue Balance | | |
|---|---|---|
| Please Pay Now | $44.33 | |

## Details of Current Charges

*Includes discounts shown on page 2.*

**FiOS TV, Internet & Phone Bundle**    Your monthly bundle price after the discounts shown on page 2 were applied.

Your bundle includes Extreme HD TV which includes $12.99 for basic service, Showtime, HBO, FiOS Internet 75/75 and FiOS Digital Voice Unlimited

| Bundle Price | $99.00 | 5/14 - 6/13 |
|---|---|---|

**Additional Services & Equipment**    Equipment and additional services to personalize your FiOS service.

*Equipment*

| (Rent): 3 TV Equipment Package | 26.97 | |
|---|---|---|
| (Rent): FiOS Quantum Gateway | 9.99 | |
| Subtotal | $36.96 | 5/14 - 6/13 |

**Your One-Time Activities**    Charges for individual selections like movie rentals, directory assistance or installation fees.

| FiOS Internet Activation Fee @ 69.99 Payment 3 of 3 | 23.33 | 3/11 |
|---|---|---|
| Long Distance Calls | 1.08 | See Usage Detail |
| Subtotal | $24.41 | |

**Fees & Other Charges**    Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

*Taxes, Governmental Fees & Surcharges*

| NJ State Sales Tax | 5.08 |
|---|---|
| Federal Excise Tax | -.18 |
| 911 System/Emerg Resp Fee | .90 |

*Verizon Surcharges & Fees*

| Federal Universal Service Fee | 3.50 |
|---|---|
| Video Franchise Fee | 2.90 |
| CATV Universal Access Fund | .41 |
| Regulatory Recovery Fee - Federal | .08 |
| Regional Sports Network Fee | 3.48 |
| FDV Administrative Charge | .99 |

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

**Bill Date:**    May 13, 2015

| Fees & Other Charges *continued* | |
|---|---|
| Late Payment Charge | 5.00 |
| Subtotal | $22.16 |

| Current Charges | $182.53 |
|---|---|

| **Total Due** | **$226.86** |
|---|---|

# Usage Detail

### Direct Dialed Calls

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| Apr 27 | 8:39 PM | South Kore | 821023675427 | 1.0 | .09 |
| May 7 | 10:25 PM | South Kore | 821052755427 | 2.0 | .18 |
| May 9 | 8:42 AM | South Kore | 821052755427 | 9.0 | .81 |
| **Additional Calls** | | | | | **$1.08** |

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

Bill Date:    May 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
   1.800.974.6006 (voice or TTY)

## Customer Notices

### Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers

CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

### Electronic Fund Transfer (EFT)

Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

### Service Providers

Verizon NJ provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service, HMC service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

### Local Franchise Authority - FiOS TV

Board of Public Utilities, Office of Cable Television, 44 South Clinton Avenue, 9th Floor, Trenton, NJ  08625, 800 624-0331, Your FCC Community ID is: NJ0889

## Special Services

### Correspondence

Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

### Closed Captioning Questions and Concerns?

If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 5166, Tampa, FL 33675 Attn: Cynthia Morales, Manager.

### Bankruptcy Information

If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

SEUNGEUN OH
Primary Phone:     201-585-5079
Account Number:     [REDACTED]0001-89

Bill Date:    June 13, 2015

## Account Summary

### Previous Period

| | |
|---|---|
| Previous Balance | 226.86 |
| No Payment Received | .00 |
| **Overdue - Please Pay Now** | **$226.86** |

### Current Charges

| | | |
|---|---|---|
| FiOS TV, Internet & Phone Bundle | 99.00 | 6/14 - 7/13 |
| Additional Services & Equipment | 36.96 | 6/14 - 7/13 |
| Your One-Time Activities | 5.22 | |
| Fees & Other Charges | 22.63 | |
| **Current Charges Due by July 8** | **$163.81** | |

### Total Due          $390.67

*To avoid a late payment charge of $5 or 1.5% of your total due, whichever is greater, full payment must be received before Jul 16, 2015.*

 **What changed?**

- A Late Payment Charge of $5 was added.

**Offers & benefits**

Movies and More

Get instant access to the hottest movies and shows with FiOS On Demand. It's easy to Buy or Rent movies. Press On Demand on your remote or go to channel 900, choose your movie, select Buy or Rent and enjoy.

My Rewards+

Introducing My Rewards+, a program that thanks you for the things you do every day with Verizon FiOS. As a member, you will receive My Rewards+ points you can redeem for Visa® Prepaid cards, reward cards and more. Join at verizon.com/ourthanks today. Restrictions may apply.

Get answers fast

- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

 **More ways to pay**

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

---

*Send this stub with your payment*

Account Number:    [REDACTED]-0001-89

**Total Due: $390.67**                    061315

Make check payable to Verizon

$ _____  .

00001311 01 AT  0.413  KN061311 0006 XX
SEUNGEUN OH
60 HENRY AVE APT A
PALISADES PK NJ 07650- 2458

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V5  [REDACTED] 000189  0000022686  000000390674

SEUNGEUN OH
Primary Phone:   201-585-5070
Account Number:        0001-89

Bill Date:   June 13, 2015

**In-Home Agent**

Get help to set up email accounts, diagnose equipment issues & retrieve Wi-Fi settings at verizon.com/inhomeagent.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Extreme HD TV | 74.99 | -25.99 | 49.00 |
| Showtime | .00 | | .00 |
| HBO | .00 | | .00 |
| FiOS Internet 75/75 | 60.00 | -40.00 | 20.00 |
| FiOS Digital Voice Unlimited | 30.00 | | 30.00 |
| Bundle Price | $164.99 | -$65.99 | $99.00 |

TV discount expires 3/10/17. Internet discount expires 3/10/17.

**Discounts This Month**          -$65.99

*Discounts have been applied to the Total Due shown on page 1.*

# Fios Fast Facts

## Test Your Internet Speed

Put your Fios Internet connection to the test! Learn about the speed range of your Fios service by visiting verizon.com/checkyourspeed.



## My Rewards+

Get My Rewards+ Points when:

- A friend you refer to Verizon FiOS signs up for service
- You pay your bill online
- You rent a FiOS On Demand title

Learn more at verizon.com/ourthanks.

---

**? Frequently Asked Questions**

**How can I review my bill in more detail?**
Review your bill at verizon.com/billview. Select 'View Details'.

**How do I sign up for paper free billing?**
You can enroll in paper free billing at verizon.com/paperfree.

**If a credit or adjustment is applied, where do I find this on my bill?**

Credits and Adjustments are located on page 3 of your bill. It may take up to two billing cycles for credits to be applied to your account and appear on your bill. You can also visit verizon.com/billview. Simply click Payment/Adjustment History on left navigation.

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

Bill Date:    June 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Overdue Balance
Please Pay Now                    $226.86

## Details of Current Charges

*Includes discounts shown on page 2.*

### FiOS TV, Internet & Phone Bundle

Your bundle includes Extreme HD TV which includes $12.99 for basic service, Showtime, HBO, FiOS Internet 75/75 and FiOS Digital Voice Unlimited

| | | |
|---|---|---|
| Bundle Price | $99.00 | 6/14 - 7/13 |

*Your monthly bundle price after the discounts shown on page 2 were applied.*

### Additional Services & Equipment

**Equipment**

| | | |
|---|---|---|
| (Rent): 3 TV Equipment Package | 26.97 | |
| (Rent): FiOS Quantum Gateway | 9.99 | |
| Subtotal | $36.96 | 6/14 - 7/13 |

*Equipment and additional services to personalize your FiOS service.*

### Your One-Time Activities

| | | |
|---|---|---|
| Long Distance Calls | 5.22 | See Usage Detail |
| Subtotal | $5.22 | |

*Charges for individual selections like movie rentals, directory assistance or installation fees.*

### Fees & Other Charges

*Taxes, Governmental Fees & Surcharges*

| | |
|---|---|
| NJ State Sales Tax | 5.37 |
| 911 System/Emerg Resp Fee | .90 |

*Verizon Surcharges & Fees*

| | |
|---|---|
| Federal Universal Service Fee | 3.50 |
| Video Franchise Fee | 2.90 |
| CATV Universal Access Fund | .41 |
| Regulatory Recovery Fee - Federal | .08 |
| Regional Sports Network Fee | 3.48 |
| FDV Administrative Charge | .99 |
| Late Payment Charge | 5.00 |
| Subtotal | $22.63 |

*Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.*

Current Charges                    $163.81

**Total Due                    $390.67**

## Usage Detail

### Direct Dialed Calls

| Date | Time | Place | Number | Minutes | Amount |
|---|---|---|---|---|---|
| May 15 | 9:00 AM | South Kore | 821052755427 | 10.0 | .90 |
| May 19 | 10:48 PM | South Kore | 821023675427 | 9.0 | .81 |
| May 21 | 10:39 PM | South Kore | 821052755427 | 1.0 | .09 |
| May 21 | 10:40 PM | South Kore | 821052755427 | 3.0 | .27 |
| May 23 | 7:24 AM | South Kore | 821052755427 | 7.0 | .63 |

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

**Bill Date:**    June 13, 2015

# Usage Detail *continued*

## Direct Dialed Calls

| Date | Time | Place | Number | Minutes | Amount |
|------|------|-------|--------|---------|--------|
| May 24 | 12:41 AM | South Kore | 821052755427 | 1.0 | .09 |
| May 28 | 8:43 AM | South Kore | 821052755427 | 16.0 | 1.44 |
| May 28 | 9:31 AM | South Kore | 821023675427 | 4.0 | .36 |
| Jun 8 | 9:07 AM | South Kore | 821052755427 | 7.0 | .63 |
| **Additional Calls** | | | | | **$5.22** |

SEUNGEUN OH

Primary Phone:    201-585-5079
Account Number:    ████████0001-89

Bill Date:    June 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## ⓘ Important

### FiOS TV Channel Repositioning
On or after July 20, 2015, the following FiOS TV channel positions are changing:
- UP will move from channel 224 to channel 228.
- Sony Movie Channel HD will move from channel 735 to channel 737
- Sundance HD will move from channel 733 to channel 735

### FiOS TV Programming Change
On March 22, 2015, the content provider changed the programming on channel 172 from " Blue Ocean Network" (BON) to "Rocks TV," a 24 hour jewelry shopping channel.

### FiOS® TV Programming Change
On April 17, 2015, DoD NEWS on channel 124 was removed from the FiOS TV Channel line-up.  DoD NEWS has ceased distributing this channel to cable and satellite providers but will continue to carry military news and information programming online at Defense.gov.

## Customer Notices

### Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your

CPNI. Your choice remains valid until you change your election by calling the number above.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

### Service Providers
Verizon NJ provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service, HMC service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

### Local Franchise Authority - FiOS TV
Board of Public Utilities, Office of Cable Television, 44 South Clinton Avenue, 9th Floor, Trenton, NJ  08625, 800 624-0331, Your FCC Community ID is: NJ0889

## Special Services

### Correspondence
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

### Closed Captioning Questions and Concerns?
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 5166, Tampa, FL 33675 Attn: Cynthia Morales, Manager.

### Bankruptcy Information
If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

SEUNGEUN OH
Primary Phone:  201-585-5079
Account Number:  ████████0001-89

Bill Date:  July 13, 2015

## Account Summary

| Previous Period | | |
| --- | --- | --- |
| Previous Balance | 390.67 | |
| No Payment Received | .00 | |
| Overdue - Please Pay Now | $390.67 | |

| Current Charges | | |
| --- | --- | --- |
| FiOS TV, Internet & Phone Bundle | 99.00 | 7/14 - 8/13 |
| Additional Services & Equipment | 36.96 | 7/14 - 8/13 |
| Your One-Time Activities | 11.79 | |
| Fees & Other Charges | 23.03 | |
| Current Charges Due by August 7 | $170.78 | |

## Total Due                      $561.45

*To avoid a late payment charge of $5 or 1.5% of your total due, whichever is greater, full payment must be received before Aug 15, 2015.*

### Get answers fast

- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

 **What changed?**

- A Late Payment Charge of $5 was added.

⭐ **Offers & benefits**

FiOS Quantum TV

Record, store and enjoy your favorite shows like never before. Upgrade to our advanced DVR and store up to 200 hours of HD content & record up to 12 shows at once. Call 1.866.614.3972 or visit verizon.com/tvrevolution. Avail. in select areas. Verizon router req. Recorded content nontransferable.

See Movies Sooner

Access many new releases before they hit DVD and watch them instantly whenever and virtually wherever with FiOS On Demand. It's easy to buy or rent. Press On Demand on your FiOS TV remote, select Movies - New Releases, pick a movie and enjoy!

$ **More ways to pay**

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Send this stub with your payment*

Account Number: ████████0001-89

Total Due:  $561.45                    071315

Make check payable to Verizon

$ _____ . _____

00001533 01 AT  0.413  KN071311 0006 XX
SEUNGEUN OH
60 HENRY AVE APT A
PALISADES PK NJ 07650- 2458

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V 5  ████████  00189  0000003907  000000561456

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    0001-89

**Bill Date:**   July 13, 2015

**FiOS On Demand**

Make tonight a movie night. Rent or buy new releases instantly. Press On Demand on your FiOS TV remote.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Extreme HD TV | 74.99 | -25.99 | 49.00 |
| Showtime | .00 | | .00 |
| HBO | .00 | | .00 |
| FiOS Internet 75/75 | 60.00 | -40.00 | 20.00 |
| FiOS Digital Voice Unlimited | 30.00 | | 30.00 |
| Bundle Price | $164.99 | -$65.99 | $99.00 |

**Discounts This Month**        -$65.99

*Discounts have been applied to the Total Due shown on page 1.*

TV discount expires 3/10/17. Internet discount expires 3/10/17.

# Verizon Fast Facts

## Visual 411 App

Get local business listings, coupons, reviews, maps, directions and much, much more! Search by category, business name, keyword or coupon. Visit verizon.com/visual411 for details.



## Speed Optimizer

Is your computer going as fast as it should? Check and reconfigure your computer settings using the FiOS Speed Optimizer at verizon.com/speedoptimizer.

**? Frequently Asked Questions**

**Why does my bill fluctuate?**

Your bill amount fluctuates when you:

- Request a change to your service
- Purchase or rent movies
- Use directory assistance
- Make calls outside of your calling plan
- Receive a promotional credit
- Lose a promotional credit
- Receive a price change

**How can I request a duplicate bill?**

Duplicate bills can be downloaded and printed at verizon.com/billview.

**What is the balance that I currently owe?**

You can review your most current balance information online at verizon.com/billview or you can follow the prompts at 1.800.VERIZON.

SEUNGEUN OH
Primary Phone:   201-585-5079
Account Number:   ████████0001-89

Bill Date:   July 13, 2015

**Get answers fast:**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

## Overdue Balance
**Please Pay Now**                    $390.67

# Details of Current Charges

*Includes discounts shown on page 2.*

### FiOS TV, Internet & Phone Bundle

Your bundle includes Extreme HD TV which includes $12.99 for basic service, Showtime, HBO, FiOS Internet 75/75 and FiOS Digital Voice Unlimited

| | | |
|---|---|---|
| Bundle Price | $99.00 | 7/14 - 8/13 |

*Your monthly bundle price after the discounts shown on page 2 were applied.*

### Additional Services & Equipment

**Equipment**

| | | |
|---|---|---|
| (Rent): 3 TV Equipment Package | 26.97 | |
| (Rent): FiOS Quantum Gateway Router | 9.99 | |
| Subtotal | $36.96 | 7/14 - 8/13 |

*Equipment and additional services to personalize your FiOS service.*

### Your One-Time Activities

| | | |
|---|---|---|
| Long Distance Calls | 11.79 | See Usage Detail |
| Subtotal | $11.79 | |

*Charges for individual selections like movie rentals, directory assistance or installation fees.*

### Fees & Other Charges

**Taxes, Governmental Fees & Surcharges**

| | |
|---|---|
| NJ State Sales Tax | 5.83 |
| 911 System/Emerg Resp Fee | .90 |
| **Verizon Surcharges & Fees** | |
| Federal Universal Service Fee | 3.44 |
| Video Franchise Fee | 2.90 |
| CATV Universal Access Fund | .41 |
| Regulatory Recovery Fee - Federal | .08 |
| Regional Sports Network Fee | 3.48 |
| FDV Administrative Charge | .99 |
| Late Payment Charge | 5.00 |
| Subtotal | $23.03 |

*Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.*

| | |
|---|---|
| Current Charges | $170.78 |

| | |
|---|---|
| **Total Due** | **$561.45** |

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

Bill Date:    July 13, 2015

# Usage Detail

## Direct Dialed Calls

| Date | Time | Place | Number | Minutes | Amount |
|------|------|-------|--------|---------|--------|
| Jun 14 | 8:05 AM | South Kore | 821086416489 | 1.0 | .09 |
| Jun 14 | 8:14 AM | South Kore | 821047127517 | 4.0 | .36 |
| Jun 15 | 8:38 AM | South Kore | 821047127517 | 1.0 | .09 |
| Jun 15 | 8:47 AM | South Kore | 821086416489 | 3.0 | .27 |
| Jun 16 | 9:02 AM | South Kore | 821086416489 | 6.0 | .54 |
| Jun 16 | 9:09 AM | South Kore | 821047127517 | 3.0 | .27 |
| Jun 16 | 7:31 PM | South Kore | 821086416489 | 3.0 | .27 |
| Jun 18 | 9:31 AM | South Kore | 821086416489 | 4.0 | .36 |
| Jun 18 | 9:38 AM | South Kore | 821047127517 | 2.0 | .18 |
| Jun 19 | 11:29 PM | South Kore | 821023675427 | 7.0 | .63 |
| Jun 20 | 8:48 AM | South Kore | 821047127517 | 2.0 | .18 |
| Jun 20 | 8:50 AM | South Kore | 821086416489 | 3.0 | .27 |
| Jun 20 | 9:31 PM | South Kore | 821086416489 | 10.0 | .90 |
| Jun 21 | 8:39 AM | South Kore | 821086416489 | 1.0 | .09 |
| Jun 22 | 8:43 AM | South Kore | 821086416489 | 16.0 | 1.44 |
| Jun 22 | 10:13 PM | South Kore | 821052755427 | 3.0 | .27 |
| Jun 26 | 10:51 AM | South Kore | 821047127517 | 2.0 | .18 |
| Jun 28 | 6:07 PM | South Kore | 821047127517 | 3.0 | .27 |
| Jun 28 | 6:12 PM | South Kore | 821086416489 | 1.0 | .09 |
| Jun 28 | 6:15 PM | South Kore | 821086416489 | 5.0 | .45 |
| Jun 29 | 9:53 AM | South Kore | 821047127517 | 2.0 | .18 |
| Jun 30 | 8:57 AM | South Kore | 821086416489 | 4.0 | .36 |
| Jun 30 | 9:02 AM | South Kore | 821047127517 | 6.0 | .54 |
| Jun 30 | 9:42 PM | South Kore | 821033692222 | 3.0 | .27 |
| Jun 30 | 9:54 PM | South Kore | 821033692222 | 1.0 | .09 |
| Jun 30 | 10:15 PM | South Kore | 821033692222 | 1.0 | .09 |
| Jun 30 | 10:17 PM | South Kore | 821033692222 | 1.0 | .09 |
| Jun 30 | 10:18 PM | South Kore | 821033692222 | 6.0 | .54 |
| Jul 1 | 11:15 PM | South Kore | 821033692222 | 1.0 | .09 |
| Jul 1 | 11:49 PM | South Kore | 821033692222 | 1.0 | .09 |
| Jul 2 | 10:06 PM | South Kore | 821086416489 | 1.0 | .09 |
| Jul 2 | 10:12 PM | South Kore | 82319222000 | 3.0 | .27 |
| Jul 6 | 8:58 AM | South Kore | 821086416489 | 4.0 | .36 |
| Jul 7 | 10:45 PM | South Kore | 821023675427 | 9.0 | .81 |
| Jul 10 | 10:50 PM | South Kore | 821086416489 | 2.0 | .18 |
| Jul 13 | 8:00 AM | South Kore | 821086416489 | 6.0 | .54 |

**Additional Calls**                                                                 **$11.79**

SEUNGEUN OH
Primary Phone:   201-585-5079
Account Number:              0001-89

Bill Date:   July 13, 2015

**Get answers fast**
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

 **Important**

## Caller ID Blocking and Automatic Number Identification

Caller ID Blocking - You can prevent the display of your telephone number on a Caller ID phone with these options:

- Per-Call Blocking - To block your number on a per call basis, press *67 before making a call (1167 on a rotary phone). There is no charge for this using this option.
- Line Blocking - You may order per line blocking in states where available to block your number on all outgoing calls. You can press *82 before a call to allow your number to display on that call (1182 on a rotary phone).

Automatic Number Identification - When you call 911, or dial 800, 888, 877, 855, 866 and other toll free numbers, the party you call can identify your telephone number using a network technology called Automatic Number Identification (ANI). Caller ID blocking may not prevent the people who answer such calls from seeing your phone number and name. FCC rules, however, prevent parties that are assigned toll free numbers from reusing or selling the telephone numbers identified through ANI without the subscriber's consent.

## FUSF Fee Changes July 1, 2015

Your Federal Universal Service Fund (FUSF) fee may change on July 1, 2015. Authorized and reviewed quarterly by the FCC, the FUSF funds programs to keep local telephone rates affordable for all customers and provides discounts to schools, libraries, rural health care providers, and low-income families.

## Surcharges

Surcharges include:

- a Federal Subscriber Line and Access Recovery Charge applicable to state-to-state and international services that helps pay for the costs of providing and maintaining the local phone network;
- a Federal Universal Service Charge applicable to state-to-state and international services to recover fees imposed on us by the government to support universal service;
- a Carrier Cost Recovery Charge applicable to long distance customers that helps defray our costs for terminating calls on other networks, fees paid to support government programs such as Telecommunications Relay Service and local number portability, and other Federal Communications Commission-assessed charges;
- a Long Distance Administrative Charge applicable to long distance customers to help defray account servicing costs for state-to-state and international calling;
- a Federal Regulatory Fee applicable to recover the annual per video subscriber fee payment made to the FCC; and,

- a FDV Administrative Charge applicable per FiOS Digital Voice line to help defray account-servicing costs associated with providing voice services.

Please note that the surcharges are charges, not taxes. These charges, and what is included in these charges, are subject to change from time to time. For additional information regarding the charges on your Verizon bill, please visit verizon.com or call the number listed on your bill.

## FiOS TV Programming Change

On or after April 15, 2015, Live Well programming on channel 465 or 468 was replaced with Laff TV, a new multi-cast network specializing in comedy programming. This programming change was initiated by the content provider.

# Customer Notices

## Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers

CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:          0001-89

Bill Date:    July 13, 2015

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check
or use the check information for a one-time EFT from
your bank account. Verizon may retain this information
to send you electronic refunds or enable your future
electronic payments to us. If you do not want Verizon
to retain your bank information, call 1-888-500-5358.

**Service Providers**
Verizon NJ provides regional, local calling and related
features, other voice services, and FiOS TV service,
unless otherwise indicated. Verizon Long Distance
provides long distance calling and other services
identified by "VLD" in the applicable billed line item.
Verizon Online provides Internet service and FiOS TV
equipment. FiOS is a registered mark of Verizon
Trademark Services LLC.

**Local Franchise Authority - FiOS TV**
Board of Public Utilities, Office of Cable Television, 44
South Clinton Avenue, 9th Floor, Trenton, NJ  08625,
800 624-0331, Your FCC Community ID is: NJ0889

# Special Services

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 33078,
St. Petersburg, FL 33733

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed
captioning on a program, please call Verizon at
1.800.VERIZON. Written correspondence can be sent
by fax to 1.888.806.7026, by email to
videoclosedcaption@verizon.com, or by mail to
Verizon, PO Box 5166, Tampa, FL 33675 Attn:
Cynthia Morales, Manager.

**Bankruptcy Information**
If you are or were in bankruptcy, this statement may
include amounts for pre-bankruptcy service. You
should not pay pre-bankruptcy amounts; they are for
your information only. Mail bankruptcy-related
correspondence to 500 Technology Drive, Suite 550,
Weldon Spring, MO 63304.

SEUNGEUN OH
Primary Phone:   201-585-5079
Account Number:   ▉▉▉▉0001-89

Bill Date:   August 13, 2015

## Account Summary

| Previous Period | | |
| --- | ---: | --- |
| Previous Balance | 561.45 | |
| No Payment Received | .00 | |
| Overdue - Please Pay Now | $561.45 | |

| Current Charges | | |
| --- | ---: | --- |
| FiOS TV, Internet & Phone Bundle | 99.00 | 8/14 - 9/13 |
| Additional Services & Equipment | 36.96 | 8/14 - 9/13 |
| Your One-Time Activities | 17.01 | |
| Fees & Other Charges | 23.39 | |
| Current Charges Due by September 7 | $176.36 | |

**Total Due**  $737.81

*To avoid a late payment charge of $5 or 1.5% of your total due, whichever is greater, full payment must be received before Sep 15, 2015.*

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

 **What changed?**

- A Late Payment Charge of $5 was added.

**Offers & benefits**

FiOS Quantum TV

Record, store and enjoy your favorite shows like never before. Upgrade to our advanced DVR and store up to 200 hours of HD content & record up to 12 shows at once. Call 1.866.614.3972 or visit verizon.com/tvrevolution. Avail. in select areas. Verizon router req. Recorded content nontransferable.

See Movies Sooner

Access many new releases before they hit DVD and watch them instantly whenever and virtually wherever with FiOS On Demand. It's easy to buy or rent. Press On Demand on your FiOS TV remote, select Movies - New Releases, pick a movie and enjoy!

**$ More ways to pay**

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

---

*Send this stub with your payment*

Account Number: ▉▉▉▉0001-89

**Total Due:  $737.81**          081315

Make check payable to Verizon

$ _____ . _____

00001683 01 AT   0.413  KN081311 0006 XX
SEUNGEUN OH
60 HENRY AVE APT A
PALISADES PK NJ 07650- 2458

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V 5  ▉▉▉▉▉▉0189  00000056145  000000737817

SEUNGEUN OH
Primary Phone:   201-585-5070
Account Number:   ▮▮▮▮▮▮▮▮0001-89

Bill Date:   August 13, 2015

**My Verizon**

Pay bills, upgrade or renew services, get account support and check voice mail at verizon.com/myverizon.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Extreme HD TV | 74.99 | -25.99 | 49.00 |
| Showtime | .00 | | .00 |
| HBO | .00 | | .00 |
| FiOS Internet 75/75 | 60.00 | -40.00 | 20.00 |
| FiOS Digital Voice Unlimited | 30.00 | | 30.00 |
| **Bundle Price** | $164.99 | -$65.99 | $99.00 |

TV discount expires 3/10/17. Internet discount expires 3/10/17.

### Discounts This Month                    -$65.99

*Discounts have been applied to the Total Due shown on page 1.*

# Fios Fast Facts

## Test Your Internet Speed

Put your Fios Internet connection to the test! Learn about the speed range of your Fios service by visiting verizon.com/ checkyourspeed.



## My Rewards+

Get My Rewards+ Points when:

- A friend you refer to Verizon FiOS signs up for service
- You pay your bill online
- You rent a FiOS On Demand title Learn more at verizon.com/ourthanks.

---

**?  Frequently Asked Questions**

### How can I make a payment arrangement?

Please visit us at verizon.com/billpay and  select 'Payment Arrangement' under 'Payment Actions'.

### Where do I find FiOS Digital Voice options on my FiOS TV?

- From the FiOS TV Main Menu, click on "FiOS Digital Voice" and "OK"
  - View your call logs and listen to voice mail messages
  - Enable features like Caller ID on TV, Simultaneous Ring, Call Forwarding, Incoming Call Block, and Do Not Disturb
- Refer to your user guide for details at verizon.com/fiosvoice/userguide

### What are the Taxes, Surcharges, and Fees on my bill?

Your bill includes federal, state and local taxes, governmental surcharges and fees as well as Verizon surcharges and fees. These charges vary depending on what products and services you have and in which state you use these products and services. For more information go to verizon.com and type "taxes and charges" in the search box.

SEUNGEUN OH
Primary Phone:    201-585-5070
Account Number:    ████████0001-89

Bill Date:    August 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Overdue Balance
**Please Pay Now**                **$561.45**

## Details of Current Charges
*Includes discounts shown on page 2.*

| **FiOS TV, Internet & Phone Bundle** | | |
|---|---|---|

Your bundle includes Extreme HD TV which includes $12.99 for basic service, Showtime, HBO, FiOS Internet 75/75 and FiOS Digital Voice Unlimited

| Bundle Price | $99.00 | 8/14 - 9/13 |
|---|---|---|

*Your monthly bundle price after the discounts shown on page 2 were applied.*

| **Additional Services & Equipment** | | |
|---|---|---|

**Equipment**

| (Rent): 3 TV Equipment Package | 26.97 | |
|---|---|---|
| (Rent): FiOS Quantum Gateway Router | 9.99 | |
| Subtotal | $36.96 | 8/14 - 9/13 |

*Equipment and additional services to personalize your FiOS service.*

| **Your One-Time Activities** | | |
|---|---|---|
| Long Distance Calls | 17.01 | See Usage Detail |
| Subtotal | $17.01 | |

*Charges for individual selections like movie rentals, directory assistance or installation fees.*

| **Fees & Other Charges** | | |
|---|---|---|

***Taxes, Governmental Fees & Surcharges***

| NJ State Sales Tax | 6.19 |
|---|---|
| 911 System/Emerg Resp Fee | .90 |

***Verizon Surcharges & Fees***

| Federal Universal Service Fee | 3.44 |
|---|---|
| Video Franchise Fee | 2.90 |
| CATV Universal Access Fund | .41 |
| Regulatory Recovery Fee - Federal | .08 |
| Regional Sports Network Fee | 3.48 |
| FDV Administrative Charge | .99 |
| Late Payment Charge | 5.00 |
| Subtotal | $23.39 |

*Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.*

| **Current Charges** | **$176.36** |
|---|---|

| **Total Due** | **$737.81** |
|---|---|

SEUNGEUN OH
Primary Phone:     201-585-5079
Account Number:     ████████0001-89

**Bill Date:** August 13, 2015

# Usage Detail

## Direct Dialed Calls

| Date | Time | Place | Number | Minutes | Amount |
|------|------|-------|--------|---------|--------|
| Jul 14 | 9:27 AM | South Kore | 821086416489 | 7.0 | .63 |
| Jul 14 | 9:51 AM | South Kore | 821047127517 | 4.0 | .36 |
| Jul 15 | 10:09 PM | South Kore | 82319222000 | 4.0 | .36 |
| Jul 16 | 9:15 PM | South Kore | 82319222000 | 4.0 | .36 |
| Jul 18 | 6:51 PM | South Kore | 821086416489 | 3.0 | .27 |
| Jul 21 | 9:03 AM | South Kore | 821086416489 | 2.0 | .18 |
| Jul 22 | 10:36 PM | South Kore | 821063669278 | 19.0 | 1.71 |
| Jul 23 | 7:02 PM | South Kore | 821063669278 | 16.0 | 1.44 |
| Jul 24 | 9:04 PM | South Kore | 821063669278 | 1.0 | .09 |
| Jul 24 | 9:16 PM | South Kore | 821063669278 | 13.0 | 1.17 |
| Jul 25 | 11:08 PM | South Kore | 821052755427 | 3.0 | .27 |
| Jul 26 | 10:25 AM | South Kore | 821086416489 | 4.0 | .36 |
| Jul 27 | 8:16 AM | South Kore | 821086416489 | 2.0 | .18 |
| Jul 27 | 5:55 PM | South Kore | 821086416489 | 1.0 | .09 |
| Jul 27 | 6:06 PM | South Kore | 821086416489 | 1.0 | .09 |
| Jul 27 | 7:00 PM | South Kore | 821047127517 | 2.0 | .18 |
| Jul 27 | 9:14 PM | South Kore | 82319222000 | 2.0 | .18 |
| Jul 28 | 7:52 PM | South Kore | 821086416489 | 5.0 | .45 |
| Jul 28 | 7:57 PM | South Kore | 821047127517 | 2.0 | .18 |
| Jul 29 | 10:33 PM | South Kore | 821099966596 | 62.0 | 5.58 |
| Jul 31 | 8:51 PM | South Kore | 821063669278 | 14.0 | 1.26 |
| Aug 4 | 10:19 AM | South Kore | 821063669278 | 2.0 | .18 |
| Aug 5 | 7:40 PM | South Kore | 821063669278 | 2.0 | .18 |
| Aug 7 | 10:28 AM | South Kore | 821023675427 | 6.0 | .54 |
| Aug 7 | 11:37 AM | South Kore | 821063669278 | 6.0 | .54 |
| Aug 13 | 9:43 AM | South Kore | 821047127517 | 2.0 | .18 |

**Additional Calls**                                              **$17.01**

SEUNGEUN OH
Primary Phone:    201-585-5070
Account Number:    [REDACTED]0001-89

Bill Date:    August 13, 2015

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

 **Important**

### FiOS TV Channel Repositioning
On or after September 18, 2015, HERE TV will move from channel 445 to channel 955.

### Rocks TV Channel Relocation
On or after August 15, 2015, Rocks TV will move from channel 172 to channel 155.

### FiOS TV Programming Change
On or after October 1, 2015, the Tennis Channel will move from channels 303 SD/803 HD to channels 92 SD/592 HD.

## Customer Notices

### Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

### Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

## Service Providers
Verizon NJ provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

### Local Franchise Authority - FiOS TV
Board of Public Utilities, Office of Cable Television, 44 South Clinton Avenue, 9th Floor, Trenton, NJ  08625, 800 624-0331, Your FCC Community ID is: NJ0889

## Special Services

### Correspondence
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

### Closed Captioning Questions and Concerns?
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 5166, Tampa, FL 33675 Attn: Cynthia Morales, Manager.

### Bankruptcy Information
If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ▮▮▮▮▮▮0001-89

Bill Date:    September 13, 2015

## Account Summary

| Previous Period | |
|---|---|
| Previous Balance | 737.81 |
| No Payment Received | .00 |
| Overdue - Please Pay Now | $737.81 |

| Current Charges | | |
|---|---|---|
| Your One-Time Activities | 6.03 | |
| Partial Month Charges | -13.60 | 9/11 - 9/13 |
| Fees & Other Charges | 5.53 | |
| Current Charges | -$2.04 | |

**Total Due**    **$735.77**

*To avoid a late payment charge of $5 or 1.5% of your total due, whichever is greater, full payment must be received before Oct 16, 2015.*

 **More ways to pay**

**Never be late again! Auto Pay at verizon.com/ autopay and you're always on time, or use:**

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

 **Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

 **What changed?**

- A Late Payment Charge of $6.72 was added.
- Due to nonpayment, service was suspended on 9/11.

⭐ **Offers & benefits**

FiOS Quantum TV

Record, store and enjoy your favorite shows like never before. Upgrade to our advanced DVR and store up to 200 hours of HD content & record up to 12 shows at once. Call 1.888.478.0875 or visit verizon.com/tvrevolution. Avail. in select areas. Verizon router req. Recorded content nontransferable.

See Movies Sooner

Access many new releases before they hit DVD and watch them instantly whenever and virtually wherever with FiOS On Demand. It's easy to buy or rent. Press On Demand on your FiOS TV remote, select Movies > New Releases, pick a movie and enjoy!

---

*Send this stub with your payment*

Account Number: ▮▮▮▮▮▮0001-89

**Total Due: $735.77**    091315

Make check payable to Verizon

$ _____ . ____

00001602 01 AT  0.413  KN091311 0006 XX
SEUNGEUN OH
60 HENRY AVE APT A
PALISADES PK NJ 07650- 2458

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V 5 ▮▮▮▮▮▮ 00189  00000073781  000000735779

Case 2:20-cv-01937-KM-ESK    Document 21-4    Filed 06/01/21    Page 24 of 32 PageID: 140

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

Bill Date:    September 13, 2015

## FiOS On Demand

Make tonight a movie night. Rent or buy new releases instantly. Press On Demand on your FiOS TV remote.

# Thank you.

We appreciate your business. Verizon continually updates its service options. If you have questions or want to look at the latest choices, call us and a representative will help you find the newest deals.

# Call 1.888.285.7211

# Verizon Fast Facts

## My Verizon

Managing your Verizon services is easy with My Verizon.You can add or change services, review and pay your bill, update your email address, create sub-accounts and more. Register at verizon.com/myverizon to get started.



## FiOS TV Rated #1

We want to thank our customers for rating us #1 in TV customer satisfaction among paid TV providers by the 2015 American Customer Satisfaction Index.

 **Frequently Asked Questions**

### What is a "Requested Change in Service"?

This is the amount of charges or credits as a result of adding, removing or changing your services prior to your bill date. Monthly charges for the first full 30 day period are shown separately.

### Why is my bill amount different from the amount I was quoted?

Your bill amount may vary from the amount you were quoted due to a Requested Change in Service, Taxes, Fees and Surcharges and One-Time Charges.

### What are the Taxes, Surcharges, and Fees on my bill?

Your bill includes federal, state and local taxes, governmental surcharges and fees as well as Verizon surcharges and fees. These charges vary depending on what products and services you have and in which state you use these products and services. For more information go to verizon.com and type "taxes and charges" in the search box.

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ██████0001-89

Bill Date:    September 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call 1.800.974.6006 (voice or TTY)

## Overdue Balance
Please Pay Now                  $737.81

# Details of Current Charges

### Your One-Time Activities

| | | |
|---|---|---|
| Long Distance Calls | 6.03 | See Usage Detail |
| Subtotal | $6.03 | |

Charges for individual selections like movie rentals, directory assistance or installation fees.

### Partial Month Charges

**Suspended Services**

| | |
|---|---|
| Extreme HD TV suspended 9/11 (49.00 per month for 3 day refund) | -4.90 |
| (Rent): 3 TV Equipment Package suspended 9/11 (26.97 per month for 3 day refund) | -2.70 |
| FiOS Internet 75/75 suspended 9/11 (20.00 per month for 3 day refund) | -2.00 |
| (Rent): FiOS Quantum Gateway Router suspended 9/11 (9.99 per month for 3 day refund) | -1.00 |

**Cancelled Services**

| | | |
|---|---|---|
| FiOS Digital Voice Unlimited removed 9/11 (30.00 per month for 3 day refund) | -3.00 | |
| Subtotal - 3 days | -$13.60 | 9/11 - 9/13 |

Partial month charge or refund for services added or removed prior to the bill date.

### Fees & Other Charges

**Taxes, Governmental Fees & Surcharges**

| | |
|---|---|
| NJ State Sales Tax | -.08 |

**Verizon Surcharges & Fees**

| | |
|---|---|
| Federal Universal Service Fee | -.34 |
| Video Franchise Fee | -.28 |
| CATV Universal Access Fund | -.04 |
| Regional Sports Network Fee | -.35 |
| FDV Administrative Charge | -.10 |
| Late Payment Charge | 6.72 |
| Subtotal | $5.53 |

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

| | |
|---|---|
| Current Charges | -$2.04 |
| **Total Due** | **$735.77** |

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████-0001-89

**Bill Date:**    September 13, 2015

# Usage Detail

**Direct Dialed Calls**

| Date | Time | Place | Number | Minutes | Amount |
|------|------|-------|--------|---------|--------|
| Aug 14 | 7:54 AM | South Kore | 821063999278 | 1.0 | .09 |
| Aug 14 | 7:56 AM | South Kore | 821063669278 | 16.0 | 1.44 |
| Aug 19 | 8:33 AM | South Kore | 821023675427 | 4.0 | .36 |
| Aug 23 | 11:21 PM | South Kore | 821063669278 | 2.0 | .18 |
| Aug 24 | 12:16 PM | South Kore | 821085561975 | 10.0 | .90 |
| Aug 31 | 9:08 AM | South Kore | 821058581781 | 31.0 | 2.79 |
| Aug 31 | 5:55 PM | South Kore | 821047127517 | 3.0 | .27 |
| **Additional Calls** | | | | | **$6.03** |

SEUNGEUN OH
Primary Phone:    201-585-5079
Account Number:    ████████0001-89

Bill Date:    September 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Important

**Important Information Regarding Your Long Distance Service Agreement**
In follow up to last year's merger of Verizon Enterprise Solutions LLC into Verizon Long Distance LLC, we have updated your Service Agreement and consolidated the Product Guides that are also a part of your Service Agreement. The introductory paragraphs about the history and dates of de-tariffing have been removed from the Service Agreement. Other changes include the addition of certain provisions already contained in the Product Guide, such as the terms requiring the resolution of any claims or disputes solely by arbitration or small claims court. You can view the current version of your Agreement at www.verizon.com/longdistanceserviceagreement

This Service Agreement covers long distance services provided by Verizon Long Distance as well as de-tariffed regional toll services provided by your local Verizon company. By using or paying for these calling services, you are agreeing to the terms of the Service Agreement, including the Product Guides. Please review these important terms. If you are unable to access the Service Agreement on line, please call 1-800-VERIZON for assistance.

## Customer Notices

**Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers**
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services

beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

**Service Providers**
Verizon NJ provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

**Local Franchise Authority - FiOS TV**
Board of Public Utilities, Office of Cable Television, 44 South Clinton Avenue, 9th Floor, Trenton, NJ 08625, 800 624-0331, Your FCC Community ID is: NJ0889

## Special Services

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 5166, Tampa, FL 33675 Attn: Cynthia Morales, Manager.

**Bankruptcy Information**
If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

SEUNGEUN OH
Account Number: 0001-89

Bill Date:    October 13, 2015

# Account Summary

## Previous Period

| | |
|---|---:|
| Previous Balance | 735.77 |
| No Payment Received | .00 |
| **Overdue - Please Pay Now** | **$735.77** |

## Current Charges

| | |
|---|---:|
| Your One-Time Activities | 190.00 |
| Partial Month Charges | -10.60 |
| Fees & Other Charges | 8.44 |
| **Current Charges Due by November 7** | **$187.84** |

| | |
|---|---:|
| **Total Due** | **$923.61** |

*To avoid a late payment charge of $5 or 1.5% of your total due, whichever is greater, full payment must be received before Nov 15, 2015.*

**Get answers fast**
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

⚠️ **Take action**

• If you have not already returned the Verizon-owned equipment, please do so to avoid charges of up to $650 per unit.  Find out more in IMPORTANT messages at the end of this bill.

**What changed?**

• A Late Payment Charge of $9.37 was added.
• Due to early termination, you have been charged a one-time fee on page 3 in Your One-Time Activities.

💲 **More ways to pay**

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

• verizon.com/payonline to make a single online payment
• My Fios app
• 1.800.837.4966 to pay by phone
• verizon.com/paymentlocations to pay in person

---

*Send this stub with your payment*

Account Number:  0001-89

**Total Due: $923.61**                    101315

Make check payable to Verizon

$ _____ . _____

00001735 01 AT   0.413  KN101311 0006 XX
SEUNGEUN OH
60 HENRY AVE APT A
PALISADES PK NJ 07650- 2458

VERIZON
PO BOX 920041
DALLAS TX 75392-0041

V 5          00189  00000073577  000000923615

SEUNGEUN OH
Account Number: ████████0001-89

Bill Date:   October 13, 2015

**FiOS On Demand**

Make tonight a movie night. Rent or buy new releases instantly. Press On Demand on your FiOS TV remote.

# Thank you.

We appreciate your business. Verizon continually updates its service options. If you have questions or want to look at the latest choices, call us and a representative will help you find the newest deals.

## Call 1.888.285.7211

## Verizon Fast Facts

### Visual 411 App

Get local business listings, coupons, reviews, maps, directions and much, much more! Search by category, business name, keyword or coupon. Visit verizon.com/visual411 for details.



## In-Home Agent

Get help to set up email accounts, diagnose equipment issues & retrieve Wi-Fi settings at verizon.com/inhomeagent.



### Frequently Asked Questions

**What is a "Requested Change in Service"?**

This is the amount of charges or credits as a result of adding, removing or changing your services prior to your bill date. Monthly charges for the first full 30 day period are shown separately.

**Why is my bill amount different from the amount I was quoted?**

Your bill amount may vary from the amount you were quoted due to a Requested Change in Service, Taxes, Fees and Surcharges and One-Time Charges.

**What are the Taxes, Surcharges, and Fees on my bill?**

Your bill includes federal, state and local taxes, governmental surcharges and fees as well as Verizon surcharges and fees. These charges vary depending on what products and services you have and in which state you use these products and services. For more information go to verizon.com and type "taxes and charges" in the search box.

KN101311 001735 0003                UG     RM

SEUNGEUN OH
Account Number: ███████0001-89

Bill Date:    October 13, 2015

**Get answers fast**
- Click to chat at verizon.com/liveagent
- Call 1.800.Verizon (1.800.837.4966)
- Customers with disabilities call 1.800.974.6006 (voice or TTY)

## Overdue Balance
Please Pay Now                     $735.77

# Details of Current Charges

### Your One-Time Activities

Charges for individual selections like movie rentals, directory assistance or installation fees.

| | | |
|---|---|---|
| 24 Month Bundle Early Termination Fee (based on 19 months left on contract) | 190.00 | 9/8 |
| Subtotal | $190.00 | |

### Partial Month Charges

Partial month charge or refund for services added or removed prior to the bill date.

**Restored Services**

| | | |
|---|---|---|
| Extreme HD TV restored 9/22 (49.00 per month for 22 days) | 35.93 | 9/22 - 10/13 |
| (Rent): 3 TV Equipment Package restored 9/22 (26.97 per month for 22 days) | 19.78 | 9/22 - 10/13 |
| FiOS Internet 75/75 restored 9/22 (20.00 per month for 22 days) | 14.67 | 9/22 - 10/13 |
| (Rent): FiOS Quantum Gateway Router restored 9/22 (9.99 per month for 22 days) | 7.33 | 9/22 - 10/13 |

**Cancelled Services**

| | | |
|---|---|---|
| Extreme HD TV removed  9/8 (49.00 per month for 3 day refund) | -4.90 | 9/8 - 9/10 |
| Extreme HD TV removed  9/22 (49.00 per month for 22 day refund) | -35.93 | 9/22 - 10/13 |
| (Rent): 3 TV Equipment Package removed  9/8 (26.97 per month for 3 day refund) | -2.70 | 9/8 - 9/10 |
| (Rent): 3 TV Equipment Package removed  9/22 (26.97 per month for 22 day refund) | -19.78 | 9/22 - 10/13 |
| FiOS Internet 75/75 removed  9/8 (20.00 per month for 3 day refund) | -2.00 | 9/8 - 9/10 |
| FiOS Internet 75/75 removed  9/22 (20.00 per month for 22 day refund) | -14.67 | 9/22 - 10/13 |
| (Rent): FiOS Quantum Gateway Router removed  9/8 (9.99 per month for 3 day refund) | -1.00 | 9/8 - 9/10 |
| (Rent): FiOS Quantum Gateway Router removed  9/22 (9.99 per month for 22 day refund) | -7.33 | 9/22 - 10/13 |
| Subtotal | -$10.60 | |

### Fees & Other Charges

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

**Taxes, Governmental Fees & Surcharges**

| | |
|---|---|
| NJ State Sales Tax | -.26 |

**Verizon Surcharges & Fees**

| | |
|---|---|
| Video Franchise Fee | -.28 |

SEUNGEUN OH
Account Number: ████████0001-89

Bill Date:   October 13, 2015

| Fees & Other Charges *continued* | |
|---|---:|
| CATV Universal Access Fund | -.04 |
| Regional Sports Network Fee | -.35 |
| Late Payment Charge | 9.37 |
| Subtotal | $8.44 |
| | |
| Current Charges | $187.84 |
| | |
| **Total Due** | **$923.61** |

SEUNGEUN OH
Account Number:  _____0001-89

Bill Date:    October 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

# ⓘ Important

## New Lower Rates for International Calling
Effective October 4, 2015, Verizon will lower its rates for international calling to several countries. You can see how much you can save by visiting us online at www.verizon.com.

## You Are Responsible for Returning Verizon FiOS Equipment
You must return the following undamaged equipment within 30 days or you will be charged as follows:
• Media Client $240.00
  Serial # M11447TJ3606
• Media Client $240.00
  Serial # M11450TJ3175

Returning equipment is free and easy! To learn how:
• Visit verizon.com/returnfiosequipment
• Call one of our Equipment Return Specialists at 1-866-486-9758

# Customer Notices

## Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers
CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

## Electronic Fund Transfer (EFT)
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1-888-500-5358.

## Service Providers
Verizon NJ provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

## Local Franchise Authority - FiOS TV
Board of Public Utilities, Office of Cable Television, 44 South Clinton Avenue, 9th Floor, Trenton, NJ  08625, 800 624-0331, Your FCC Community ID is: NJ0889

# Special Services

## Correspondence
Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

## Closed Captioning Questions and Concerns?
If you have a concern or complaint with closed captioning on a program, please call Verizon at 1.800.VERIZON. Written correspondence can be sent by fax to 1.888.806.7026, by email to videoclosedcaption@verizon.com, or by mail to Verizon, PO Box 5166, Tampa, FL 33675 Attn: Cynthia Morales, Manager.

## Bankruptcy Information
If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.