# Exhibit E

# VERIZON SUBPOENA COMPLIANCE

VERIZON CONFIDENTIAL - The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity named. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this telecopied information is strictly prohibited.  If you have received this telecopy in error, please immediately notify us by telephone at the number given to arrange for return of the faxed document to us.    Thank you.

TO: Craig B. Sanders, Esq.

COMPANY: SANDERS LAW PLLC

FAX NUMBER: 516-281-7601

PHONE NUMBER: 516-203-7600

FROM: VZLC PP

DATE: 12/22/2020 10:57:14 AM

LCS Case Number:  20334862

Docket/File Number:

Faxed Pages:  4

SENDER'S PHONE NUMBER: 800-451-5242

SENDER'S FAX NUMBER: 888-667-0028

Notes/Comments:



VERIZON SECURITY SUBPOENA COMPLIANCE

180 WASHINGTON VALLEY ROAD

BEDMINSTER NJ 07921

Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

December 22, 2020

SANDERS LAW PLLC
100 GARDEN CITY PLZ
STE 500
GARDEN CITY NY 11530

Verizon Case #: 20334862
Docket / File #: 2:20-cv-01937-KM-ESK
Requested Target:

Dear Craig B. Sanders, Esq.

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

( x )  The attached subpoena is not signed.

( x ) A reasonably diligent search of our files revealed no documents, records or other materials responsive to the legal request, based upon the information provided. There were no accounts found for the provided account number.
( x ) When requesting call detail records, from and to dates must be specified in the body of the legal request.
( x ) When requesting records by customer name, the address, the city and state must be specified in the body of the legal request.

Respectfully,

Patti P
VERIZON SECURITY SUBPOENA COMPLIANCE

# UNITED STATES DISTRICT COURT
## for the DISTRICT OF NEW JERSEY

| | |
|---|---|
| Seung Eun Oh, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> V. <br><br> Collecto, Inc. d/b/a EOS CCA, <br><br> Defendant(s). | Civil Action No. 2:20-cv-01937-KM-ESK |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Verizon Communications, Inc.

Attn: VSAT(Verizon Security Assistance Team) 180 Washington Valley Road, Bedminster, NJ 07921

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

### SEE ATTACHED ADDENDUM

| | |
|---|---|
| Place: Barshay Sanders, PLLC, 100 Garden City Plaza, Suite 500, Garden City, New York 11530 | Date and Time: January 4, 2021 at 10:00am |

☐ *Inspection of Premises Production:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| | |
|---|---|
| Place: | Date and Time:          at |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 21, 2020

            *CLERK OF COURT*

_____ OR _____
   *Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing Seung Eun Oh, individually and on behalf of all others similarly situated, who issues or requests this subpoena, are: Craig B. Sanders, Esquire, 100 Garden City Plaza, Suite 500, Garden City, New York 11530, 516-741-4799, csanders@barshaysanders.com.

## ADDENDUM

As used herein, the following terms shall have the scope and meaning indicated:

A. **Agreements.** The term "agreements" means an understanding or arrangement between two or more entities, regardless of whether such is reduced to a writing.

B. **Communication.** The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

C. **Concerning.** The term "concerning" means relating to, referring to, describing, evidencing or constituting.

D. **Document.** The term "document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

## INSTRUCTIONS

A. Each request for documents seeks production of all documents described, along with any attachments, drafts, and non-identical copies, in any language whatsoever.

B. Documents are to be produced in their entirety, without redaction or expurgation.

C. If any document request cannot be complied with in full, it should be complied with to the extent possible, with an explanation as to why full compliance is not possible.

## DOCUMENTS TO BE PRODUCED

1. All Documents and Communications sent to Seung Eun Oh Concerning account ██████████0001-89 including but not limited to application, contract, terms and conditions, invoices, statements and any letters.

2. A list of all accounts for Seung Eun Oh.

3. All notes and entries in Verizon Communication Inc.'s computer system concerning Seung Eun and/or any accounts associated with Seung Eun Oh.

4. A statement of all charges and payments for account ██████████0001-89.