**GORDON REES SCULLY MANSUKHANI, LLP**
Lori J. Quinn
One Battery Park Plaza, 28th Fl.
New York, New York 10004
Phone: 212.453.0758
Facsimile: 212.269.5505
*Attorneys for Defendant Collecto, Inc., d/b/a EOS CCA*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **SEUNG EUN OH,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**COLLECTO, INC., d/b/a EOS CCA,**<br><br>Defendant. | **Case No. 20-cv-01937-KM-ESK** |

## DECLARATION OF BEN RIBEIRO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned declares and says:

1. I, Ben Ribeiro, am the Vice President of Operations of Collecto, Inc. d/b/a EOS CCA ("EOS"), the defendant in this action. I am over the age of 18 and am competent to testify at trial as to all information presented herein should I be called to do so.

2. I have personal knowledge of and access to EOS' books and

records ("Business Records"), including electronic records, relating to consumer credit accounts originating with Verizon Wireless and sold to US Asset Management, Inc. ("Debt Buyer"), which included the account of the consumer Seung Eun Oh ( "Consumer").

3.      In my position, I have personal knowledge of EOS' procedures for creating and maintaining its Business Records, including it procedures relating to records documenting our efforts to collect consumer accounts. EOS' Business Records were made in the regular course of business and it was the regular course of such business to make the Business Records. The Business Records were made at or near the time of the events recorded by, or from information transmitted by, a person with knowledge. Based on my knowledge of EOS' Business Records, I have personal knowledge of the facts set forth in this affidavit.

4.      Attached hereto as **Exhibit F** is a true and accurate (redacted) copy of EOS' collection notes reflecting the placement of the Account with EOS for collection and details regarding EOS' collection attempts. These notes are Bates stamped EOS 0001- EOS 0028.

5.      As reflected in Exhibit F (at EOS 0001), on September 25, 2017, US Asset Management, Inc., placed Plaintiff's former Verizon account (the "Account") with EOS for collection. This is indicated by the date "09/25/17" appearing just below the text reading "LI4" on EOS 0001.

2

6.    I have personal knowledge of EOS' procedures for generating and mailing collection letters to customers. It is the regular practice of EOS to send collection letters to consumers in connection with its efforts to collect a debt or request information to investigate consumer disputes. EOS sent its initial collection letter to Plaintiff on October 9, 2017, seeking to collect the total balance due of $1,457.19. A true and correct copy of that letter, as redacted, is attached hereto as **Exhibit G** (Bates stamp EOS 0033-0034).

7.    On March 2, 2018, EOS called Plaintiff's number and spoke with a male who claimed to be Plaintiff. This is reflected in EOS' collection notes, attached as Exhibit F, at EOS 0007. The person disputed the debt. *Id.*

8.    Thereafter, EOS had a letter dated March 25, 2019, mailed to Plaintiff (the "Letter"). Attached hereto as **Exhibit H** (Bates stamp EOS 0042-0043) is a true and correct copy of the Letter (redacted), including the second page that was sent to Plaintiff as part of the Letter.

[Remainder of page intentionally left blank]

3

9.    The copy of the Letter attached to Plaintiff's complaint omits the second page of the Letter, but that page was mailed with the first page to Plaintiff. *Compare* ECF 1 at Ex. 1 *with* Exhibit H.

<u>I declare under penalty of perjury that the foregoing is true and correct</u>.

Dated:    Norwell, MA
          June 1, 2021

_____
Ben Ribeiro
Vice President of Operations
Collecto, Inc. d/b/a EOS CCA

4