# Exhibit G

To Ribeiro Declaration

**EOS CCA**

EOS CCA
PO BOX 981002
BOSTON, MA 02298-1002

### ACCOUNT INFORMATION

| | |
|---|---|
| STATEMENT DATE | 10/09/17 |
| ACCOUNT # | 13-10041649 |
| CLIENT NAME | US ASSET MANAGEMENT INC |
| ORIGINAL CREDITOR | VERIZON |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE** | ➤ | **$1,457.19** |

## NOTICE OF COLLECTION PLACEMENT

Your account with US ASSET MANAGEMENT INC has been placed with us for collections. This letter serves as a request for payment of your debt. For your convenience, you may remit payment online, through the mail or by phone.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**\*\*Please see reverse for important notices and account details.\*\***

## PAYMENT OPTIONS

 Pay online at www.eos-cca.com. Log in with the following account number: 13-10041649

 Pay by phone at 1-844-358-7980.

✉ Pay by mail. Include the remittance slip below and send to the address shown on the slip.

Office Hours: Mon-Thur 8:00 AM - 12:00 AM ET, Fri 8:00 AM - 6:00 PM ET, Sat 8:00 AM - 1:00 PM ET

Detach remittance slip and enclose with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PO BOX 981002
BOSTON, MA 02298-1002

| CLIENT NAME |
|---|
| US ASSET MANAGEMENT INC |
| **ACCOUNT #** |
| 13-10041649 |

| TOTAL AMOUNT DUE | $1457.19 |
|---|---|



IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW

☐ **VISA**    ☐ **MasterCard.**

CARD NUMBER                    AMOUNT

SIGNATURE                      Exp. Date



SEUNGEUN OH
60A HENRY AVE
PALISADES PARK NJ 07650-2413

EOS CCA
PO BOX 981008
BOSTON, MA 02298-1008

EOS 0033
120114-1

<u>FEDERAL LAW</u>

Unless you dispute the validity of this debt, or any portion thereof, within thirty days after receipt of this notice, we shall assume the debt to be valid. If you notify us in writing of your dispute within this thirty-day period, we will obtain verification of the debt, or a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

| EOS CCA ACCOUNT # | CLIENT ACCOUNT # | PRINCIPAL | INTEREST | FEES COLL. COSTS | BALANCE |
|---|---|---|---|---|---|
| 10041649 | 8542016400001 | $1,457.19 | $0.00 | $0.00 | $1,457.19 |
|  |  |  |  | TOTAL DUE: | $1,457.19 |

For general account inquiries, call 1-844-358-7980 or 1-214-296-4802.
For customer service issues, call our Consumer Relations Department at 1-877-395-5997.

EOS 0034