# Exhibit H

To Ribeiro Declaration



EOS CCA
PO BOX 981002
BOSTON, MA 02298-1002

## ACCOUNT INFORMATION

| | |
|---|---|
| STATEMENT DATE | 03/25/19 |
| ACCOUNT # | ███1649 |
| CURRENT CREDITOR | US ASSET MANAGEMENT INC |
| CLIENT ACCOUNT # | ███0001 |
| ORIGINAL CREDITOR | VERIZON |

**TOTAL AMOUNT DUE** ➤ **$1,457.19**

## INFORMATION REQUESTED

Thank you for contacting EOS CCA regarding the above listed account. Like you, we want to resolve this matter regarding your dispute as soon as possible.

In order to do so, we must receive the completed copy of the attached affidavit (accompanied by any supporting documentation outlined within). Doing so may result in finding that you are not responsible for payment on this account.

Please detach the coupon below and return with the requested information in the enclosed envelope.

If we have not received your documentation by 05/24/19, your claim will be closed and you will be held responsible for payment of all charges billed to your account.

If you have any further questions regarding this matter, please contact our offices at the number above.

Sincerely,
Client Services

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

For general account inquiries, call 1-877-430-2688 or 1-781-753-4987.
For customer service issues, call our Consumer Relations Department at 1-877-395-5997.
Office Hours: Mon-Thur 8:00 AM - 11:00 PM ET, Fri 8:00 AM - 11:00 PM ET, Sat 8:00 AM - 12:00 PM ET
Detach Bottom and Return with Completed Documentation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PO BOX 981002
BOSTON, MA 02298-1002

SEUNGEUN OH
755 HAMILTON AVE
RIDGEFIELD NJ 07657-2615

‖‖₁‖‖₁‖‖‖₁‖‖‖‖‖₁‖₁‖₁‖‖‖‖‖‖‖‖₁‖‖‖‖₁‖₁‖‖‖

RETURN COMPLETED DOCUMENTATION TO:

EOS CCA
PO BOX 981025
BOSTON, MA 02298-1025

‖₁‖₁‖‖‖‖‖‖₁‖‖₁‖‖₁‖‖‖‖‖‖‖₁‖‖‖‖‖‖‖₁‖‖‖‖₁‖₁‖‖‖

EOS 0042

120114-1045

## AFFIDAVIT OF FORGERY

STATE OF _____

COUNTY OF _____

The undersigned, (_____), being duly sworn, states the following:

1. That he/she has never contracted with, nor entered into a binding agreement with VERIZON for the use of cellular phone services.

2. The he/she has no prior knowledge of the use of his/her name or credit history being used as a reference to obtain account number (_____), under the name of (_____)

3. That he/she has not undertaken or committed any collusion, fraud or deception, nor did he/she have any knowledge whatsoever of any of the acts or any person(s) committing such acts described in this affidavit, and that he/she will testify to the same.

4. That he/she will assist with any civil or criminal action against the party who committed the acts which resulted in requesting and using such cellular services.

**Police report #** _____

*Please attach a copy of any police report you have filed.*

_____

**Signature (Please Write)**

_____

**Print Name (Please Print)**

**Subscribe and sworn to before me**

**This** _____ **day of** _____, 20____.

_____

**Notary Public, State of** _____

**My Commission Expires:** _____

> In order to be processed, this affidavit must be fully completed, signed, notarized, and returned with a photocopy of your valid photo I.D. and a copy of your police report.

946.32(2)
(2) Whoever under oath or affirmation makes or subscribes a false statement which the person does not believe is true is guilty of a Class A misdemeanor.

EOS 0043

120114-1045