# Selected Excepts from Deposition of Plaintiff With Deposition Exhibits 3A and 4F

**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION
CASE NO.:  2:20-cv-01937-KM-ESK

---------------------------------*
Seung Eun Oh, individually and
on behalf of all others similarly
situated,

                    Plaintiffs,

        vs.

Collecto, Inc. d/b/a EOS CCA,

                    Defendant.
---------------------------------*


        DEPOSITION OF:  SEUNG EUN OH

        DATE TAKEN:  JANUARY 28, 2021

**Page 2**

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before DENISE M. IRADI, a Court Reporter and Notary Public of the State of New Jersey, held via Zoom on January 28, 2021, commencing at 10:19 a.m.


A P P E A R A N C E S:

        BARSHAY SANDERS, PLLC
        BY:  JONATHAN CADER, ESQ.
            100 Garden City Plaza
            Suite 500
            Garden City, New York 11530
        Attorneys for Plaintiff

        GORDON REES SCULLY MANSUKHANI, LLP
        BY:  LORI J. QUINN, ESQ.
            One Battery Park Plaza
            28th Floor
            New York, New York 10004
            Ljquinn@grsm.com
        Attorneys for Defendant


        ALSO PRESENT:  Peter Garland

                    Joanna Koh,
                    Korean Interpreter
                    Phil Kim,
                    Korean Interpreter

                    Chung Soo Kil

**Page 3**

                I N D E X

WITNESS                                              DIRECT

SEUNG EUN OH

BY:  MS. QUINN                                          5


                E X H I B I T S

EXHIBIT         DESCRIPTION                          IDENT.

Exhibit-1    Class Action Complaint                    20
Exhibit-2    Class Action Complaint                    25
Exhibit-3A   July 13, 2015, Invoice                    44
Exhibit-3B   August 13, 2015 Invoice                   51
Exhibit-3C   September 13, 2015 invoice                51
Exhibit-3D   November 13, 2015 Invoice                 52
Exhibit-3E   December 13, 2015 Invoice                 53
Exhibit-4A   Notice of Collection                      53
             Complaint

Exhibit-4B   Settlement Offer                          54

Exhibit-4C   Collection Placement                      54
             Reminder
Exhibit-4D   Past Due Balance Letter                   55
Exhibit-4E   Statement Dated 2/12/19                   62
Exhibit-4F   Letter Dated 3/25/19                      64
Exhibit-5    Document Bates Stamped                    --
             EOS 0063

**Page 4**

                E X H I B I T S

EXHIBIT         DESCRIPTION                          IDENT.

Exhibit-6    Request for Admissions                    66

Exhibit-7    Request for Production                    67

Exhibit-8    Interrogatories Directed                  76
             To Plaintiff
Exhibit-9    Answers to Questions                      68
             For Admissions

Exhibit-10   A Response to Requests                    76
             For Production
Exhibit-11   Answers to Interrogatories                76
Exhibit-12   Letter dated
             September 10, 2020                        87


*Exhibit-5 Marked but not referenced in the proceedings.



Page 9

account numbers, social security numbers, would not be confidential, but the remainder, anything full would be.

MR. CADER:  Last four I have no problem with.  Okay.  Let's go ahead.

A.    XXX-XXX-5311.

Q.    Is your telephone number that ends in 5311 a landline or a cellular number?

A.    Yes, it's my cellphone.

Q.    Do you have a landline number as well?

A.    No, I don't have.

Q.    In 2015, did you have a cellular number?

A.    No.

Q.    In 2015, did you have a landline number?

A.    What was your question just before?  What year were you talking about?

Q.    2015.

A.    Oh, yes.  Yes.

MS. QUINN:  So in 2015, I believe she stated she -- I'm sorry.  Strike that.

In 2015 -- I believe I was asking if she had a cellular phone in 2015.

Page 10

A.    Yes, it's the same number I just told you about now.

Q.    So in 2015 you had a cellphone number ending in 5311?

A.    Yes.

Q.    Ms. Oh, what's your date of birth?

A.    So it's December 9, 1979.

Q.    And your husband is present as a witness.  Have you ever been married prior to Mr. Kil?

MR. CADER:  Objection.

A.    No.

Q.    Do you have any children, Ms. Oh?

A.    Yes.

Q.    Can you please provide their names and ages?

A.    Just the name, XXXXXX, age four.  XXXXXX, seven.  Yes.

Q.    Okay.  Thank you.

Ms. Oh, have you ever been deposed before?

A.    No.

MR. CADER:  Lori, just one moment.  I would memorialize the question that the names of the minor children be confidential in the transcript.

Page 11

MS. QUINN:  Yes.  No objection to that.

Q.    Ms. Oh, has your spouse ever brought a lawsuit?

MR. CADER:  Objection.

A.    No.

Q.    Ms. Oh, is there anything today that could affect your testimony, such as, are you currently taking any medications that could effect your ability to testify truthfully today?

A.    No.

Q.    Have you had anything today that could affect your testimony?

A.    No.  Right now I'm at work and I didn't take anything like that.  No.

Q.    Thank you, Ms. Oh.

What is your highest level of education?

A.    High school.

Q.    Did you attend high school in the United States?

A.    No.

Q.    Where did you complete your -- where did you complete high school?

A.    In Korea.  It's called Busan.

Page 12

THE INTERPRETER:  The interpreter can spell it.  B-u-s-a-n.

Q.    Thank you, Ms. Oh.

When did you come to the United States from Korea?

A.    In 2009.

Q.    And at any time after your arrival in the United States, did you take any courses or classes?

MR. CADER:  I'll object to the form.  You can answer.

A.    No.

Q.    Ms. Oh, are you an American citizen?

A.    No.

Q.    Ms. Oh, are you -- strike that.

You testified you arrived in the United States in 2009.  Have you been in the United States for the entirety of that period of time up to the prevent?

A.    Yes.

Q.    Ms. Oh, are you in the United States pursuant to a visa issued by the United States government?

MR. CADER:  Objection.

A.    Yes.



Page 25

MR. CADER: Note my objection.

A.    Yes.  Yes, I understand.

Q.    Is the reason you did not bring any documents with you because of your testimony that you had not seen Exhibit-1 before today?

MR. CADER: Note my objection.

A.    So, no -- so it's not something I did, and I understand, and that's why the lawsuit came, but I think the attorney -- you want the paper, but I don't have anything on me.

Q.    Okay.  Thank you, Ms. Oh.

(Whereupon, a Class Action Complaint was marked Exhibit-2 for Identification.)

I'd like you to, please, look at Exhibit-2.

MS. QUINN: If Ms. Oh could please let us know when she has Exhibit-2 available to her and we'll be able to start asking questions.

A.    Yes.  I'm looking at it now.

MS. QUINN: Is Ms. Oh unable to be on video and view the documents at the same time? Because I see no video.

THE WITNESS: So, I'm sorry, I think when I look at the mail to see the exhibit on the same phone, I think my video goes off.  Okay.

Page 26

MR. CADER: I thought we figured this out.  Do you want to just take two minutes and I'll phone the client back and see if we can put in the protocol that we discussed.

MS. QUINN: Yeah, please.

Jonathan, does she not have access to a second device?

MR. CADER: I'd rather not discuss what I discussed with the client.  Just give me a moment.

Ms. Koh, could you please advise Ms. Oh to mute and I'll call.

(Whereupon, a brief recess was taken.)

BY MS. QUINN:

Q.    Okay.

Ms. Oh, what you're looking at has been marked as Exhibit-2, and it is a class action complaint brought by you.  Is that correct?

A.    Yes.

Q.    Okay.

Can you tell me the general basis of why you sued my client?

MR. CADER: I would object to the

Page 27

question to the extent that it calls for the witness to express legal opinion or conclusion, but if you're asking her understanding of the lawsuit, that's fine.

A.    Yes.

Q.    Ms. Oh, Exhibit-2, the class action complaint brought by you, have you ever seen that document today?

A.    So even if I saw it before, just like I told you about my English, I cannot even read it. I cannot even remember about it either.

Q.    So is your testimony that you cannot read a document that is not in your native Korean language?

A.    Yes.

Q.    Thank you, Ms. Oh.

Do you provide a factual basis for the lawsuit that you brought against my client, the defendant Collecto, Inc., doing business as EOS CCA?

MR. CADER: The witness can answer subject to the prior objection.

A.    So I never used Verizon and the problem that's on this paper I don't even understand and I raised the -- I raised the issue because I didn't do it and the reason why that is is because I

Page 28

didn't even do it fully, because I didn't --  I didn't do it myself.

Q.    Okay.

Ms. Oh, when did you learn that you had a basis to bring this lawsuit?

MR. CADER: Objection to the form.

Did the witness understand the question?

THE WITNESS: No.

A.    Can you say that one more time, please?

Q.    The question was:

When did you learn you had a basis for bringing this lawsuit?  And by when, I mean at what time?

MR. CADER: I'll continue my objection the form.

A.    I found out when I got my credit report issued.

MS. QUINN: Jonathan, I'm going to reverse our right to request a copy of the credit report that Ms. Oh is referring to and I'll send it and follow up in writing.

MR. CADER: Should such a demand be made, we'll.



Page 41

if --

All right.  So if you want to interpret, but give me time to discuss the objection if Lori wants you to go first.

THE INTERPRETER:  No, I think Lori wants you to go first and the interpreter later.

MS. QUINN:  Right.  I think I'll state my question.  Jonathan, you object or not, whatever the case may be, and then once you're done then Joanna can interpret.  Include the objection and then instruct Ms. Oh, based on your objection, that she can still answer and I think it will be a lot less disjointed then.

MR. CADER:  Okay.

If I can just pause for a sec here.  Is the question still pending?  Because I would articulate my objection.  Are we waiting for the witness's answer, Lori?

MS. QUINN:  I believe there is no answer as of yet and I can restate the question if you like.

MR. CADER:  Yeah, the question as asked, I think, would impinge on attorney/client discussions, so I would instruct the witness not to answer.  If you could ask it in a different way,

Page 42

please do.

Q.    My question was:  Who decided to bring a class action instead of an individual action?

MR. CADER:  I will instruct the witness not to answer that, because I don't think it can be answered without disclosing or revealing discussions with counsel.

Q.    Ms. Oh, did you chose to bring a class action instead of an action on behalf of yourself?

A.    No.

Q.    Thank you, Ms. Oh.

Do you understand what a class definition is?

A.    Yes.

Q.    Do you understand your class definition?

MR. CADER:  I would object to the extent that it calls for a legal conclusion or an opinion, but if you're asking for the witness's own belief, she can answer over my objection.

A.    So, yes, I do understand the meaning of that.  I understand that the lawsuit is brought as part of that class.

Page 43

THE INTERPRETER:  The interpreter would like to make an addition, because something was omitted.

"I understand that the lawsuit is made as a member of that class."

Q.    So, Ms. Oh, you understand that you are a member of a class?

MR. CADER:  The witness can answer subject to my prior objection.

A.    Yes.

Q.    Ms. Oh, what is your understanding of a class representative?

MR. CADER:  Same objection.  Witness can answer.

A.    Yes, I think it's a --  it's one member out of that group.

Q.    Ms. Oh, can you tell me who EOS CCA is?

A.    No.

Q.    Can you tell me who Colecto, Inc., doing business as EOS CCA is?

MR. CADER:  Form.

A.    Verizon.

Q.    Ms. Oh, I'm going to ask you to look at Exhibit-3, and I know you can only see them one

Page 44

at a time, but we're going to start with Exhibit-3A.

(Whereupon, an July 13, 2015, Invoice was marked Exhibit-3A for identification.)

Q.    Please take a moment to look at this Exhibit-3A, Ms. Oh.

A.    Yes, I looked at it.

Q.    Do you recognize this invoice?

MR. CADER:  Objection to the form.

A.    When you say recognize, what do you mean by that?  I don't understand what you mean.

Q.    Okay.

Ms. Oh, in looking at Exhibit-3A, on the top of the document, left side, there is a name.  Can you tell me what that name is?

MR. CADER:  I'll object to the form.  Go ahead.

A.    Yes, it's mine.  It says S-e-u-n-g, E-u-n, O-h.

Q.    And that is your name.  Is that correct?

A.    Yes.

Q.    Did you ever have an account with Verizon?

A.    No.

Q.    Did anyone in your family ever have



SEUNG EUN OH
SEUNG EUN OH vs COLLECTO, INC.

January 28, 2021
45–48

Page 45

an account with Verizon?

A.    No.  When are you asking about?

Q.    I asked ever.  So that would be from the time that you or any of your family members -- strike that.

I asked ever since you arrived in the United States in 2009.  So did you ever have an account with Verizon from 2009 until present?

MR. CADER:  Note my objection.

A.    I'm not really sure.

Q.    Has anyone in your family or household from 2009 to present ever had an account with Verizon?

MR. CADER:  Objection to the form.

A.    No.

Q.    Ms. Oh, Exhibit-3A, if you can please look at that, and I'm going to ask you whether you received this in the mail.

MR. CADER:  Form.

A.    I don't remember.

MS. QUINN:  For clarity of the record, Jonathan, I'm just going to make reference to the date on the bill, July 13, 2015, and Exhibit-3A is Bates stamps EOS0044 through E, zero, S[sic] 0049.

Page 46

MR. CADER:  Is it E, zero, S or EOS.

MS. QUINN:  EOS.  I'm sorry.  Then EOS.

MR. CADER:  Okay.  Fine.

MS. QUINN:  I'm not sure if the witness can see the Bates stamp numbers on the bottom or not, but I am going to try to --

MR. CADER:  I was going to ask if there was -- I was going to ask if there was a Bates number, so it would be clear.  Thank you for putting that on the record.  If you or the court reporter wants to scroll through the rest of the document if there is anything that you want the witness to see, please feel free to do so.

MS. QUINN:  I'm going to actually refer, specifically, to the Bates stamp page EOS0047.

Q.    Ms. Oh?

A.    Yes.

Q.    I'm referencing Bates stamped EOS0047 of Exhibit-3A, if you could look at that please.  Do you see that page, Ms. Oh?

A.    Yes.

Q.    And you can read that page of the document, Ms. Oh?

Page 47

MR. CADER:  Form.

A.    Yes, I could read the numbers.

Q.    Okay.

You'll see that those numbers are redacted for -- strike that.

The numbers on that document are redacted to protect personal identifying information.  I'm going to make a representation that the number ending in 6489 is a Korean number.  And I'm also going to make a representation that the entirety of that number is 821086416489.

Ms. Oh, have you ever called that phone number, 82-1086416489?

THE INTERPRETER:  Jonathan, is there something you wanted to say?

MR. CADER:  I just wanted to ask on the record, Ms. Quinn, when you said these numbers are Korean, do you mean that these are phone numbers placed to persons located in Korea or that these numbers are those of persons in Korea?

MS. QUINN:  They are telephone numbers, direct dial calls, to those numbers located in Korea; so these are outgoing calls and you should have them un-redacted, Jonathan, because they were provided to Craig.

Page 48

MR. CADER:  Right.  But we're looking at this document now.  I was just trying to understand what you meant when you say those numbers are Korean.  You mean that those are phone calls placed to someone or something in Korea?

MS. QUINN:  Yes, and the question to the witness is related to that.

MR. CADER:  Did she dial that number?

MS. QUINN:  Correct.

MR. CADER:  Okay.  Proceed.

A.    No.

MR. CADER:  Just so the record is clear, her answer was that she did not dial the number that you asked.

Q.    Has anyone in your family or household ever called that phone number?

A.    There is a phone call from the attorney.  This is not the phone number.

Q.    Ms. Oh, when you say there is a phone call from the attorney, are you referring to Barshay Sanders or someone else?

A.    So I was talking about my current attorney, and I don't call my family there.  When I do, I use talk or web.

It's almost one o'clock now, so I



Page 61

If you don't understand the question, you can ask counsel to re-ask.

A.    Yes, I don't understand the question.

Q.    Ms. Oh, after viewing your credit report, did you send any written or electronic correspondence to a credit reporting agency disputing any account you saw on your credit report?

MR. CADER:  Note my objection.  You can answer.

A.    No.

Q.    Did anyone submit -- strike that.

Did you submit any written or electronic correspondence to EOS CCA after viewing your credit report in 2020?

MR. CADER:  Objection.

A.    No.

Q.    Did you ever dispute the account directly with Verizon?

MR. CADER:  Objection.

A.    No.

Q.    If you would, one more question -- you know what, strike that.  We're going to move on to Exhibit-4.

MR. CADER:  Lori, we've just been looking at four --  four what.

Page 62

MS. QUINN:  We're going on to Exhibit four, just exhibit four.  They were subset for A, B, C and D.  I'm now going to Exhibit-4.

MR. CADER:  I see four A, B, C, D, E, F.  I don't see any four.  Are we moving on to Exhibit-5?

MS. QUINN:  No, four.  I'm going to four.  I uploaded them all.

(Whereupon, a discussion was held off the record.)

(Whereupon, a Statement Dated 2/12/19 was marked Exhibit-4E for identification.)

MS. QUINN:  Let's pull up Exhibit-4E, please.  My apologies.  When I printed, it must have cut that off.  Statement dated 2/12/2019.

Q.    And, Ms. Oh, when you have a chance, I'm going to have you take a look at that.  Please let us know --

A.    No, I've never seen this.

Q.    Ms. Oh, in looking at Exhibit-4E, is that your name that appears on the left top corner of the document?

MR. CADER:  Objection.

A.    Yes.

Q.    And is that your home address?

Page 63

A.    Yes.

Q.    And you just testified that you never received this letter.  Is that correct?

A.    Yes.

Q.    In looking at the letter, just shy of halfway down, it reads EOS CCA has received your dispute.  Do you see that, Ms. Oh?

A.    I do see that it says that, but I don't understand what that means.

Q.    Did you --  okay.

Did you or anyone else on your behalf send a letter to EOS CCA disputing the account ending in 1649?

MR. CADER:  Objection.

A.    I don't know.

Q.    Did you, Ms. Oh, ever retain a credit repair organization?

MR. CADER:  Objection.

A.    I don't understand what you mean by that.

Q.    Ms. Oh, did you ever hire anyone to send a letter to a credit repair organization disputing any account that appeared on your credit report?

MR. CADER:  Objection.

Page 64

A.    No.

Q.    Ms. Oh, is it your testimony that you never received a copy of Exhibit-4E?

A.    So to tell you the truth, I don't really open letters that much, because I don't understand everything that well, so I don't think I've seen this.

Q.    Who opens letters on your behalf?

MR. CADER:  Objection to the form.

A.    My husband.

Q.    And did your husband read this letter to you?

A.    No.

(Whereupon, a Letter Dated 3/25/19 was marked Exhibit-4F for identification.)

Q.    Ms. Oh, if you could please look at Exhibit-4F as in Frank, please.

A.    Yes.

Q.    Do you recognize this letter?

A.    Are you asking me if I can see it?

Q.    No.  I'm asking you if you recognize it.  Have you ever seen this letter before seeing it today?

A.    I don't remember.

Q.    Ms. Oh, the bottom left-hand --

Page 65

A.    Is it okay if I bring some water over?

Q.    Yes.

(Whereupon, a brief recess was taken.)

(Whereupon, the requested portion of the transcript was read back by the reporter.)

BY MS. QUINN:

Q.    Ms. Oh, on the bottom left-hand corner of Exhibit-4F, do you see your name, Seung Eun Oh?

A.    Yes.

Q.    And is that your mailing address?

A.    Yes.

Q.    And were you living at this address in March of 2019?

A.    Yes.

Q.    And do you recognize this letter?

A.    Are you asking me if I can see it?

Q.    No.  I'm asking you, do you recognize it?  Have you seen it before your deposition today?

A.    No.

Q.    Okay.  Thank you, Ms. Oh.  I'm going to move to Exhibit-6.

Page 66

(Whereupon, a Request for Admissions was marked Exhibit-6 for identification.)

Q.    Ms. Oh, we're looking at Exhibit-6, which is up on the screen for you to see.  If you could please take a look at that.  If you need to have the court reporter move the pages so you can see them all, it is a 14-page document.

The title of the document name is Collecto, Inc., d/b/a, EOS CCA First Request for Admissions to Plaintiff Seung Eun Oh.

MS. QUINN:  Could you scroll down?

Q.    Ms. Oh, have you ever seen Exhibit-6 before your deposition today?

MR. CADER:  Objection.

A.    No.

Q.    Ms. Oh, did you ever have a discussion -- strike that.

Without providing any information about the content of any communication you may have had with your attorney, did you ever discuss Exhibit-6 with your attorneys?

MR. CADER:  Objection.  Stop.  I don't know how that question can be answered without disclosing.

MS. QUINN:  I agree.  I'll strike it.

Page 67

I'll strike it.

MR. CADER:  Thank you.

Q.    Ms. Oh, that question I asked is stricken from the record and I'm going to move on from Exhibit-6 to Exhibit-7, please.

(Whereupon, a Request for Production was marked Exhibit-7 for identification.)

Q.    And while you're looking at it, Ms. Oh, I'm just going to state that Exhibit-7 is a 14-page document entitled Defendant Collecto, Inc. d/b/a EOS CCA's Request For Production Directed to Plaintiff Seung Eun Oh.

And if you could take a look at that, please?

MS. QUINN:  And if she could just let us know when she's ready -- just let us all know she's ready and then I'll ask a question.

A.    Yes, I saw everything.

Q.    Okay.

Ms. Oh, have you seen Exhibit-7 before your deposition today?

A.    I don't remember.

MR. CADER:  Note my objection.

Q.    Ms. Oh, did you ever read this document marked Exhibit-7?

Page 68

MR. CADER:  Objection to the form.

A.    No.

Q.    Ms. Oh, I'm going to briefly go back to -- and I apologize.  I'm jumping a bit.  Go back to Exhibit-6.  And when you're ready, if you could look at page five, Request for Admission Number One.

A.    Yes.

Q.    I'm going to read for you and the translator will translate for you, the first admission which says, Admit that EOS CCA did not make any knowing misrepresentation as to the character, amount, or legal status of Plaintiff's valid, due, and owing debt and all rights and titles thereto.

A.    No.  I don't understand what that is.

Q.    My question was going to be:

Did you ever see this prior to being deposed today?

MR. CADER:  Note my objection.

A.    No.

MS. QUINN:  Can we look at, please, Exhibit-9.

(Whereupon, Answers to Questions for Admissions was marked Exhibit-9 for dentification.)

Q.    Exhibit-9 is five-page document



Page 73

MR. CADER: Okay.

Can we get rid of the "by your counsel"? I think we're approaching privileged here.

Let counsel re-ask the question.

MS. QUINN: In what form, exactly, Jonathan, is this privileged? I'm asking whether or not she was provided a copy. I'm not asking content of conversation. Okay. I'll ask her this.

Q. Ms. Oh, did you receive a copy of Exhibit-6 by mail prior to today's deposition?

A. So if a letter was sent, my husband would have received it, but I don't know.

Q. Ms. Oh, I'm asking you about Exhibit-6, 7 and 9. Did you receive a copy of those documents in the mail prior to today's deposition?

MR. CADER: You can answer over my objection. I'm not exactly sure about that.

Q. Do you recall your husband ever showing you a copy of Exhibit-6, 7 and 9 that he opened that was received by mail?

MR. CADER: You can answer over my objection.

A. I don't know. I think the attorney and my husband would have talked about it, but I

Page 74

don't know.

Q. Ms. Oh, the lawsuit that we are here taking your deposition on, that was brought on your behalf. Is that correct?

A. On my behalf, yes.

Q. Okay.

And the document that we were just speaking about, Exhibit-6, 7 and 9, those were addressed to you as plaintiff and answered by you as the plaintiff or the party that brought this litigation. Is that correct?

MR. CADER: Objection to form. You can answer.

A. Yes.

Q. Thank you, Ms. Oh.

If you could look at Exhibit-9 at the first page. Okay? And if you look at the Exhibit-9, the first page, underneath Answers to Questions for Admissions it reads, Plaintiff Seung Eun Oh, as and for responses to Defendant's requests for admissions, states, objects and alleges as follows.

Do you see that?

A. Yes.

Q. Now, that is followed by five pages

Page 75

consisting of 29 requests for admissions? Do you see that?

A. I can only see the first page right now.

MS. QUINN: Can you please scroll?

A. Yes.

Q. As you sit here today, you're unable to read that document, because it is in the English language. Is that correct?

A. Yes.

Q. And is it your testimony that your husband -- strike that.

Did -- strike that.

Did you receive a copy of Exhibit-9 prior to your deposition today? You meaning you, Ms. Oh?

MR. CADER: Note my objection.

A. I don't remember.

Q. Do you remember your husband ever showing you the document marked as Exhibit-9?

MR. CADER: Note my objection.

A. No.

Q. And, Ms. Oh, I would like to show you a series of exhibits. Once again, it's going to be Exhibit-8, 11 and 10. The court reporter will show

Page 76

you each one separately starting with Exhibit-8, and we'll look at 10 and 11. I'm going ask you to take a moment to look at each of them as the court reporter pulls them up on the screen and then I'm going to start with asking questions about Exhibit-8. I just want you to have an opportunity to see each of them, so that I can ask questions a little bit more expeditiously.

(Whereupon, a brief recess was taken.)

(Whereupon, Interrogatories Directed to Plaintiff was marked Exhibit-8 for identification.)

(Whereupon, A Response to Requests for Production was marked Exhibit-10 for identification.)

(Whereupon, Answers to Interrogatories was marked Exhibit-11 for identification.)

(Whereupon, Interpreter Joanna Koh left the Proceedings.)

P H I L  K I M, Korean interpreter, sworn.



# EXHIBIT  3 <sup>A</sup>

SEUNGEUN OH
Primary Phone:          5079
Account Number:          01-89

Bill Date:    July 13, 2015

Get answers fast
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

# Account Summary

## Previous Period

| | | |
|---|---|---|
| Previous Balance | 390.67 | |
| No Payment Received | .00 | |
| **Overdue - Please Pay Now** | **$390.67** | |

## Current Charges

| | | |
|---|---|---|
| FiOS TV, Internet & Phone Bundle | 99.00 | 7/14 - 8/13 |
| Additional Services & Equipment | 36.96 | 7/14 - 8/13 |
| Your One-Time Activities | 11.79 | |
| Fees & Other Charges | 23.03 | |
| **Current Charges Due by August 7** | **$170.78** | |

# Total Due          $561.45

*To avoid a late payment charge of $5 or 1.5% of your total due, whichever is greater, full payment must be received before Aug 15, 2015.*

 **What changed?**

- A Late Payment Charge of $5 was added.

⭐ **Offers & benefits**

### FiOS Quantum TV

Record, store and enjoy your favorite shows like never before. Upgrade to our advanced DVR and store up to 200 hours of HD content & record up to 12 shows at once. Call 1.866.614.3972 or visit verizon.com/tvrevolution. Avail. in select areas. Verizon router req. Recorded content nontransferable.

### See Movies Sooner

Access many new releases before they hit DVD and watch them instantly whenever and virtually wherever with FiOS On Demand. It's easy to buy or rent. Press On Demand on your FiOS TV remote, select Movies - New Releases, pick a movie and enjoy!

 ## More ways to pay

Never be late again! Auto Pay at verizon.com/autopay and you're always on time, or use:

- verizon.com/payonline to make a single online payment
- My Fios app
- 1.800.837.4966 to pay by phone
- verizon.com/paymentlocations to pay in person

---

*Send this stub with your payment*

Account Number:          01-89

**Total Due:  $561.45**          071315

Make check payable to Verizon

$ _____ . _____

00001533 01 AT  0.413  KN071311 0006 XX
SEUNGEUN OH



VERIZON
PO BOX 920041
DALLAS TX 75392-0041

0189

EOS 0044

SEUNGEUN OH
Primary Phone:          5079
Account Number:          01-89

Bill Date:    July 13, 2015

**FiOS On Demand**

Make tonight a movie night. Rent or buy new releases instantly. Press On Demand on your FiOS TV remote.

## Your Discounts

| | Price | Your Discounts | Amount You Pay |
|---|---|---|---|
| **Bundle Discounts** | | | |
| Extreme HD TV | 74.99 | -25.99 | 49.00 |
| Showtime | .00 | | .00 |
| HBO | .00 | | .00 |
| FiOS Internet 75/75 | 60.00 | -40.00 | 20.00 |
| FiOS Digital Voice Unlimited | 30.00 | | 30.00 |
| **Bundle Price** | **$164.99** | **-$65.99** | **$99.00** |

TV discount expires 3/10/17. Internet discount expires 3/10/17.

### Discounts This Month          -$65.99

*Discounts have been applied to the Total Due shown on page 1.*

# Verizon Fast Facts
## Visual 411 App

Get local business listings, coupons, reviews, maps, directions and much, much more! Search by category, business name, keyword or coupon. Visit verizon.com/visual411 for details.



## Speed Optimizer

Is your computer going as fast as it should? Check and reconfigure your computer settings using the FiOS Speed Optimizer at verizon.com/speedoptimizer.

## Frequently Asked Questions

**Why does my bill fluctuate?**

Your bill amount fluctuates when you:
- Request a change to your service
- Purchase or rent movies
- Use directory assistance
- Make calls outside of your calling plan
- Receive a promotional credit
- Lose a promotional credit
- Receive a price change

**How can I request a duplicate bill?**

Duplicate bills can be downloaded and printed at verizon.com/billview.

**What is the balance that I currently owe?**

You can review your most current balance information online at verizon.com/billview or you can follow the prompts at 1.800.VERIZON.

SEUNGEUN OH
Primary Phone:                5079
Account Number:              01-89

Bill Date:    July 13, 2015

**Get answers fast!**
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call
  1.800.974.6006 (voice or TTY)

## Overdue Balance

Please Pay Now                 $390.67

# Details of Current Charges

*Includes discounts shown on page 2.*

### FiOS TV, Internet & Phone Bundle

Your monthly bundle price after the discounts shown on page 2 were applied.

Your bundle includes Extreme HD TV which includes $12.99 for basic service, Showtime, HBO, FiOS Internet 75/75 and FiOS Digital Voice Unlimited

| Bundle Price | $99.00 | 7/14 - 8/13 |
|---|---|---|

### Additional Services & Equipment

Equipment and additional services to personalize your FiOS service.

**Equipment**

| (Rent): 3 TV Equipment Package | 26.97 | |
|---|---|---|
| (Rent): FiOS Quantum Gateway Router | 9.99 | |
| Subtotal | $36.96 | 7/14 - 8/13 |

### Your One-Time Activities

Charges for individual selections like movie rentals, directory assistance or installation fees.

| Long Distance Calls | 11.79 | See Usage Detail |
|---|---|---|
| Subtotal | $11.79 | |

### Fees & Other Charges

Includes both Verizon fees and governmental taxes and fees. For details, visit verizon.com/taxesandfees.

***Taxes, Governmental Fees & Surcharges***

| NJ State Sales Tax | 5.83 |
|---|---|
| 911 System/Emerg Resp Fee | .90 |

***Verizon Surcharges & Fees***

| Federal Universal Service Fee | 3.44 |
|---|---|
| Video Franchise Fee | 2.90 |
| CATV Universal Access Fund | .41 |
| Regulatory Recovery Fee - Federal | .08 |
| Regional Sports Network Fee | 3.48 |
| FDV Administrative Charge | .99 |
| Late Payment Charge | 5.00 |
| Subtotal | $23.03 |

| Current Charges | $170.78 |
|---|---|

| **Total Due** | **$561.45** |
|---|---|

EOS 0046

SEUNGEUN OH
Primary Phone: ███████5079
Account Number: ███████01-89

Bill Date:    July 13, 2015

# Usage Detail

### Direct Dialed Calls

| Date | Time | Place | | Number | | Minutes | Amount |
|------|------|-------|---|--------|---|---------|--------|
| Jun 14 | 8:05 AM | ██ | ██ | ██ | 6489 | 1.0 | .09 |
| Jun 14 | 8:14 AM | ██ | ██ | ██ | 7517 | 4.0 | .36 |
| Jun 15 | 8:38 AM | ██ | ██ | ██ | 7517 | 1.0 | .09 |
| Jun 15 | 8:47 AM | ██ | ██ | ██ | 6489 | 3.0 | .27 |
| Jun 16 | 9:02 AM | ██ | ██ | ██ | 6489 | 6.0 | .54 |
| Jun 16 | 9:09 AM | ██ | ██ | ██ | 7517 | 3.0 | .27 |
| Jun 16 | 7:31 PM | ██ | ██ | ██ | 6489 | 3.0 | .27 |
| Jun 18 | 9:31 AM | ██ | ██ | ██ | 6489 | 4.0 | .36 |
| Jun 18 | 9:38 AM | ██ | ██ | ██ | 7517 | 2.0 | .18 |
| Jun 19 | 11:29 PM | ██ | ██ | ██ | 5427 | 7.0 | .63 |
| Jun 20 | 8:48 AM | ██ | ██ | ██ | 7517 | 2.0 | .18 |
| Jun 20 | 8:50 AM | ██ | ██ | ██ | 6489 | 3.0 | .27 |
| Jun 20 | 9:31 PM | ██ | ██ | ██ | 6489 | 10.0 | .90 |
| Jun 21 | 8:39 AM | ██ | ██ | ██ | 6489 | 1.0 | .09 |
| Jun 22 | 8:43 AM | ██ | ██ | ██ | 6489 | 16.0 | 1.44 |
| Jun 22 | 10:13 PM | ██ | ██ | ██ | 5427 | 3.0 | .27 |
| Jun 26 | 10:51 AM | ██ | ██ | ██ | 7517 | 2.0 | .18 |
| Jun 28 | 6:07 PM | ██ | ██ | ██ | 7517 | 3.0 | .27 |
| Jun 28 | 6:12 PM | ██ | ██ | ██ | 6489 | 1.0 | .09 |
| Jun 28 | 6:15 PM | ██ | ██ | ██ | 6489 | 5.0 | .45 |
| Jun 29 | 9:53 AM | ██ | ██ | ██ | 7517 | 2.0 | .18 |
| Jun 30 | 8:57 AM | ██ | ██ | ██ | 6489 | 4.0 | .36 |
| Jun 30 | 9:02 AM | ██ | ██ | ██ | 7517 | 6.0 | .54 |
| Jun 30 | 9:42 PM | ██ | ██ | ██ | 2222 | 3.0 | .27 |
| Jun 30 | 9:54 PM | ██ | ██ | ██ | 2222 | 1.0 | .09 |
| Jun 30 | 10:15 PM | ██ | ██ | ██ | 2222 | 1.0 | .09 |
| Jun 30 | 10:17 PM | ██ | ██ | ██ | 2222 | 1.0 | .09 |
| Jun 30 | 10:18 PM | ██ | ██ | ██ | 2222 | 6.0 | .54 |
| Jul 1 | 11:15 PM | ██ | ██ | ██ | 2222 | 1.0 | .09 |
| Jul 1 | 11:49 PM | ██ | ██ | ██ | 2222 | 1.0 | .09 |
| Jul 2 | 10:06 PM | ██ | ██ | ██ | 6489 | 1.0 | .09 |
| Jul 2 | 10:12 PM | ██ | ██ | ██ | 2000 | 3.0 | .27 |
| Jul 6 | 8:58 AM | ██ | ██ | ██ | 6489 | 4.0 | .36 |
| Jul 7 | 10:45 PM | ██ | ██ | ██ | 5427 | 9.0 | .81 |
| Jul 10 | 10:50 PM | ██ | ██ | ██ | 6489 | 2.0 | .18 |
| Jul 13 | 8:00 AM | ██ | ██ | ██ | 6489 | 6.0 | .54 |

**Additional Calls** **$11.79**

EOS 0047

SEUNGEUN OH
Primary Phone: ███████5079
Account Number: ██████████01-89

Bill Date:   July 13, 2015

**Get answers fast**
• Click to chat at verizon.com/liveagent
• Call 1.800.Verizon (1.800.837.4966)
• Customers with disabilities call 1.800.974.6006 (voice or TTY)

## ⓘ Important

**Caller ID Blocking and Automatic Number Identification**

Caller ID Blocking - You can prevent the display of your telephone number on a Caller ID phone with these options:

- Per-Call Blocking - To block your number on a per call basis, press *67 before making a call (1167 on a rotary phone). There is no charge for this using this option.
- Line Blocking - You may order per line blocking in states where available to block your number on all outgoing calls. You can press *82 before a call to allow your number to display on that call (1182 on a rotary phone).

Automatic Number Identification - When you call 911, or dial 800, 888, 877, 855, 866 and other toll free numbers, the party you call can identify your telephone number using a network technology called Automatic Number Identification (ANI). Caller ID blocking may not prevent the people who answer such calls from seeing your phone number and name. FCC rules, however, prevent parties that are assigned toll free numbers from reusing or selling the telephone numbers identified through ANI without the subscriber's consent.

**FUSF Fee Changes July 1, 2015**

Your Federal Universal Service Fund (FUSF) fee may change on July 1, 2015. Authorized and reviewed quarterly by the FCC, the FUSF funds programs to keep local telephone rates affordable for all customers and provides discounts to schools, libraries, rural health care providers, and low-income families.

**Surcharges**

Surcharges include:

- a Federal Subscriber Line and Access Recovery Charge applicable to state-to-state and international services that helps pay for the costs of providing and maintaining the local phone network;
- a Federal Universal Service Charge applicable to state-to-state and international services to recover fees imposed on us by the government to support universal service;
- a Carrier Cost Recovery Charge applicable to long distance customers that helps defray our costs for terminating calls on other networks, fees paid to support government programs such as Telecommunications Relay Service and local number portability, and other Federal Communications Commission-assessed charges;
- a Long Distance Administrative Charge applicable to long distance customers to help defray account servicing costs for state-to-state and international calling;
- a Federal Regulatory Fee applicable to recover the annual per video subscriber fee payment made to the FCC; and,

- a FDV Administrative Charge applicable per FiOS Digital Voice line to help defray account-servicing costs associated with providing voice services.

Please note that the surcharges are charges, not taxes. These charges, and what is included in these charges, are subject to change from time to time. For additional information regarding the charges on your Verizon bill, please visit verizon.com or call the number listed on your bill.

**FiOS TV Programming Change**

On or after April 15, 2015, Live Well programming on channel 465 or 468 was replaced with Laff TV, a new multi-cast network specializing in comedy programming. This programming change was initiated by the content provider.

## Customer Notices

**Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers**

CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

Page **5** of 6

EOS 0048

SEUNGEUN OH
Primary Phone: ███████5079
Account Number: ██████████01-89

Bill Date:    July 13, 2015

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check
or use the check information for a one-time EFT from
your bank account. Verizon may retain this information
to send you electronic refunds or enable your future
electronic payments to us. If you do not want Verizon
to retain your bank information, call **1-888-500-5358.**

**Service Providers**
Verizon NJ provides regional, local calling and related
features, other voice services, and FiOS TV service,
unless otherwise indicated. Verizon Long Distance
provides long distance calling and other services
identified by "VLD" in the applicable billed line item.
Verizon Online provides Internet service and FiOS TV
equipment. FiOS is a registered mark of Verizon
Trademark Services LLC.

**Local Franchise Authority - FiOS TV**
Board of Public Utilities, Office of Cable Television, 44
South Clinton Avenue, 9th Floor, Trenton, NJ  08625,
800 624-0331, Your FCC Community ID is: NJ0889

# Special Services

**Correspondence**
Go to verizon.com/contactus or mail to PO Box 33078,
St. Petersburg, FL 33733

**Closed Captioning Questions and Concerns?**
If you have a concern or complaint with closed
captioning on a program, please call Verizon at
1.800.VERIZON. Written correspondence can be sent
by fax to 1.888.806.7026, by email to
videoclosedcaption@verizon.com, or by mail to
Verizon, PO Box 5166, Tampa, FL 33675 Attn:
Cynthia Morales, Manager.

**Bankruptcy Information**
If you are or were in bankruptcy, this statement may
include amounts for pre-bankruptcy service. You
should not pay pre-bankruptcy amounts; they are for
your information only. Mail bankruptcy-related
correspondence to 500 Technology Drive, Suite 550,
Weldon Spring, MO 63304.

EOS 0049

# EXHIBIT 4F

/41733997v.1

**EOS CCA**

EOS CCA
PO BOX 981002
BOSTON, MA 02298-1002

## ACCOUNT INFORMATION

| | |
|---|---|
| STATEMENT DATE | 03/25/19 |
| ACCOUNT # | ████1649 |
| CURRENT CREDITOR | US ASSET MANAGEMENT INC |
| CLIENT ACCOUNT # | ████0001 |
| ORIGINAL CREDITOR | VERIZON |

**TOTAL AMOUNT DUE**  ➤  **$1,457.19**

## INFORMATION REQUESTED

Thank you for contacting EOS CCA regarding the above listed account. Like you, we want to resolve this matter regarding your dispute as soon as possible.

In order to do so, we must receive the completed copy of the attached affidavit (accompanied by any supporting documentation outlined within). Doing so may result in finding that you are not responsible for payment on this account.

Please detach the coupon below and return with the requested information in the enclosed envelope.

If we have not received your documentation by 05/24/19, your claim will be closed and you will be held responsible for payment of all charges billed to your account.

If you have any further questions regarding this matter, please contact our offices at the number above.

Sincerely,
Client Services

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

For general account inquiries, call 1-877-430-2688 or 1-781-753-4987.
For customer service issues, call our Consumer Relations Department at 1-877-395-5997.
Office Hours: Mon-Thur 8:00 AM - 11:00 PM ET, Fri 8:00 AM - 11:00 PM ET, Sat 8:00 AM - 12:00 PM ET

*Detach Bottom and Return with Completed Documentation*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PO BOX 981002
BOSTON, MA 02298-1002

SEUNGEUN OH
755 HAMILTON AVE
RIDGEFIELD NJ 07657-2615

RETURN COMPLETED DOCUMENTATION TO:

EOS CCA
PO BOX 981025
BOSTON, MA 02298-1025

EOS 0042

120114-1045

## AFFIDAVIT OF FORGERY

STATE OF _____

COUNTY OF _____

The undersigned, (_____), being duly sworn, states the following:

1. That he/she has never contracted with, nor entered into a binding agreement with VERIZON for the use of cellular phone services.

2. The he/she has no prior knowledge of the use of his/her name or credit history being used as a reference to obtain account number (_____), under the name of (_____)

3. That he/she has not undertaken or committed any collusion, fraud or deception, nor did he/she have any knowledge whatsoever of any of the acts or any person(s) committing such acts described in this affidavit, and that he/she will testify to the same.

4. That he/she will assist with any civil or criminal action against the party who committed the acts which resulted in requesting and using such cellular services.

**Police report #** _____

*Please attach a copy of any police report you have filed.*

_____

**Signature (Please Write)**

_____

**Print Name (Please Print)**

**Subscribe and sworn to before me**

**This** _____ **day of** _____, 20____.

_____

**Notary Public, State of** _____

**My Commission Expires:** _____

> In order to be processed, this affidavit must be fully completed, signed, notarized, and returned with a photocopy of your valid photo I.D. and a copy of your police report.

946.32(2)
(2) Whoever under oath or affirmation makes or subscribes a false statement which the person does not believe is true is guilty of a Class A misdemeanor.

EOS 0043

120114-1045