## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **SEUNG EUN OH,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COLLECTO, INC., d/b/a EOS CCA,**<br><br>**Defendant.** | **Case No. 20-cv-01937-KM-ESK**<br><br>[PROPOSED] **ORDER** |

**THIS MATTER** having come before the Court on Defendant Collecto, Inc., d/b/a EOS CCA's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Plaintiff Seung Eun Oh's opposition thereto; the Court having considered the parties' submissions in support of and in opposition to the motion; and for the reasons set forth in the accompanying opinion and for good cause having been shown;

**IT IS** on this _____ day of _____, 2021,

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

_____

**The Honorable Kevin McNulty**
**United States District Court Judge**

1207715/58357157v.1