

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

June 17, 2021

*Via ECF*
Hon. Kevin McNulty, U.S.D.J.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
50 Walnut Street
Newark, New Jersey 07101

   Re: *Seung Eun Oh v. Collecto, Inc. d/b/a EOS CCA*
      Docket No: 2:20-cv-01937-KM-ESK

Dear Judge McNulty:

   We are the attorneys for Plaintiff in this matter and write to respectfully request an "automatic" adjournment of Defendant's motion for summary judgment (*Dkt. Nos.* 20-24) pursuant to Local Rule 7.1(d)(5).

   The originally noticed motion has been made returnable on July 6, 2021, by Order of the Court dated June 1, 2021. *Text only entry dated June 1, 2021.* The originally noticed motion day has not previously been extended or adjourned. The new motion day will be Monday, July 19, 2021, which is the third Monday in the month of July and is the next available motion day. Plaintiff's opposition will therefore be due on Tuesday, July 6, 2021 (as Monday July 5, 2021 is a holiday), and Defendant's reply (if any) by July 12, 2021.

   Thank you.

         Respectfully submitted,

         /s *Craig B. Sanders*
         Craig B. Sanders