**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

SEUNG EUN OH, individually and on behalf
of all others similarly situated,

          Plaintiff,

          vs.

COLLECTCO, INC. d/b/a EOS CCA,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.:
20-cv-01937-KM-ESK

MOTION DATE:7/19/2021

**DECLARATION OF CRAIG B. SANDERS IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

CRAIG B. SANDERS, pursuant to 28 U.S.C. §1746 hereby states and declares:

1.     I am a partner in the law firm Barshay Sanders, PLLC, attorneys for Plaintiff in this action and, as such, I am familiar with the facts set forth in this Declaration, except as to matters alleged to be on information and belief and, as to those matters, I believe them to be true.

2.     I submit this Declaration in opposition to Defendant's Motion for Summary Judgment.

3.     Attached hereto as Exhibit "1" is a true and accurate copy of Defendant's Responses to Plaintiff's Request for Admissions.

Barshay Sanders PLLC

Dated:    Garden City, New York
          July 6, 2021

*Craig B. Sanders*
Craig B. Sanders
