**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| SEUNG EUN OH, individually and on behalf of all others similarly situated, | ) ) ) | |
|  | ) | CIVIL ACTION NO.: |
| Plaintiff, | ) | 20-cv-019347-KM-ESK |
|  | ) | |
| vs. | ) | MOTION DATE:7/19/2021 |
|  | ) | |
| COLLECTCO, INC. d/b/a EOS CCA, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**DECLARATION OF SEUNG EUN OH IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

SEUNG EUN OH, pursuant to 28 U.S.C. §1746 hereby states and declares:

1.      I am an adult and I reside in Ridgefield, New Jersey.

2.      I am the Plaintiff in this action and have personal knowledge of the facts set forth in this Declaration and would testify to them in a court of law if required to do so.  I make this Declaration in opposition to Defendant's Motion for Summary Judgment.

3.      I filed this case after I received a letter from Defendant dated March 25, 2019, seeking to collect a debt they said I once owed to Verizon.

4.      I was confused by the letter because I do not remember having any account with Verizon, and I certainly did not owe the sum of $1,457.19.

5. During the course of this case, I have since come to learn that the debt arose some time in 2015, was for a landline phone (and possibly other services) provided to someone at 60 Henry Avenue, Apt. A, Palisades Park, NJ 07650.

6. I never lived at 60 Henry Avenue, Apt. A, Palisades Park, NJ 07650, in 2015 or at any other time.

7. I did not have a landline phone in 2015.

8. I did not have any accounts with Verizon in 2015.

9. I did not enter into a Verizon FiOS telephone and internet agreement with Verizon, or anyone acting on Verizon's behalf.

10. I was never a party to any agreement with Verizon.

11. I never agreed to pay Verizon any monies for any goods or services ordered from them, because I did not order or receive any goods or services from Verizon at any time.

12. I never received any account statements from Verizon because I did not order any goods or services from Verizon at any time.

13. The first time I heard about this alleged debt was when I received a collection letter from Defendant.

14. On or about March 2, 2018, someone from Defendant's office called my cell phone in an attempt to collect the alleged debt. My husband answered the phone and told the person that we never lived at the Henry Avenue address and never

had an account or services with Verizon.

15.     I do not know if this was a case of identity theft, or, if the person living at 60 Henry Avenue, Apt. A, Palisades Park, NJ 07650 merely had a name similar to mine, or if this was a mistake by Defendant or its client. One or more of these things must be true, because I never lived at the Henry Avenue address (or at any other address on Henry Avenue) and never had an account or services with Verizon.

16.     This debt is not mine and I do not owe it.

17.     I understand that my attorneys served a subpoena on Verizon in this case and were advised that Verizon has no record of an account with the number set forth in the collection letter or under my name.

18.     Although I do not owe the debt described in the letter, the account had been reported on my credit report which impacted my credit rating and therefore impacted both my ability to borrow money and the interest rate I would be charged.

19.     Because Defendant reported this debt as mine and failed or refused to correct its error, I was forced to hire an attorney to bring this law suit.

20.     I have been actually and concretely harmed by Defendant's conduct.

21.     To this day, I still do not know why Defendant believes I owe them or Verizon any money, and the whole process of trying to get this straightened out has been very stressful for me. I have had to take time off from work and I am still getting no straight answers from Defendant.

22.    I sign this declaration under penalty of perjury.

Dated:    Ridgefield, New Jersey
          June 30, 2021

SEUNG EUN OH