**GORDON REES SCULLY MANSUKHANI, LLP**
Lori J. Quinn
Matthew B. Johnson
One Battery Park Plaza, 28th Fl.
New York, New York 10004
Phone: 212.453.0758
Facsimile: 212.269.5505
ljquinn@grsm.com
*Attorneys for Defendant Collecto, Inc., d/b/a EOS CCA*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SEUNG EUN OH,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COLLECTO, INC., d/b/a EOS CCA,**<br><br>**Defendant.** | **Case No. 20-cv-01937-KM-ESK** |

### SECOND ATTORNEY DECLARATION OF QUINN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Lori J. Quinn, declare:

1.     I am a Partner with the law firm of Gordon Rees Scully Mansukhani, LLP, counsel for defendant Collecto, Inc. d/b/a EOS CCA ("EOS") in this action.

2. I have personal knowledge of the matters stated in this declaration, and could competently testify to them if called as a witness.

3. Each document attached to this Declaration (Exhibits I-M) is a true and correct copy as obtained from PACER during the week of July 5-9, 2021.

4. Attached hereto as Exhibit I is a true and correct copy of the operative complaint from *Escobar v. Midland Credit Mgmt.*, No. 3:18-cv-819 (MPS), 2019 WL 3751486 (D. Conn. Aug. 8, 2019) (complaint alleging that collector reported a satisfied debt in violation of the FDCPA).

5. Attached hereto as Exhibit J is a true and correct copy of the operative complaint from *Henderson v. Gen. Revenue Corp.,* No. 7:17CV00292, 2019 WL 4148172 (W.D. Va. Aug. 30, 2019) (complaint alleging that collector attempted to collect an amount not legally permitted to be collected).

6. Attached hereto as Exhibit K is a true and correct copy of the operative complaint from *Raytman v. Jeffrey G. Lerman, P.C.,* No. 17-cv-9681 (KPF), 2018 WL 5113952 (S.D.N.Y. Oct. 19, 2018) (complaint alleging attempt to collect debt not owed).

7.     Attached hereto as Exhibit L is a true and correct copy of the operative complaint from *Sanchez v. Ehrlich*, No. 16-cv-8677 (LAP), 2018 WL 2084147 (S.D.N.Y. Mar. 29, 2018) (complaint alleging attempt to collect an amount not authorized by the underlying agreement or law).

8.     Attached hereto as Exhibit M is a true and correct copy of the operative complaint from *Wong v. Alternative Claims Mgmt., LLC*, No. 17-cv-3133 (ER), 2017 WL 5635533 (S.D.N.Y. Nov. 22, 2017) (complaint alleging collector attempted to collect debt not owed).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
     July 9, 2021

_____
    Lori J. Quinn
    Attorney at Law