# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SEUNG EUN OH, individually and behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**COLLECTO, INC., d/b/a EOS CCA,**<br><br>Defendant. | Civ. No. 20-01937 (KM) (ESK)<br><br>**ORDER** |

    **THIS MATTER** having come before the Court on the motion for summary judgment filed by Defendant (DE 20); and the Court having considered the submissions of the parties (DE 20–23, 29–34) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

    **IT IS** this 23rd day of August 2021,

    **ORDERED** that Defendant's motion for summary judgment (DE 20) is **GRANTED** for lack of standing.

    The clerk is directed to close the file.

/s/ Kevin McNulty

_____
**Kevin McNulty**
**United States District Judge**